Terri H. Didion, Assistant United States Trustee          E-Filed:  August 18, 2023
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
United States Department of Justice
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Work:  (702) 388-6602//Cell:  (202) 603-5222
Facsimile No: (702) 388-6658
Email:  edward.m.mcdonald@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:                                              Case No: BK-S-23-13265-ABL

**BRIAN SEBASTIAN SCIARA**,                         Chapter 11

                    Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices:

> Office of the United States Trustee
> Attn:  Edward M. McDonald Jr.
> 300 Las Vegas Blvd. South, Suite 4300
> Las Vegas, Nevada 89101
> Email:  edward.m.mcdonald@usdoj.gov

Dated: August 18, 2023                    Respectfully Submitted,

                                          TRACY HOPE DAVIS
                                          UNITED STATES TRUSTEE

                                          By:    /s/ *Edward M. McDonald Jr.*
                                              Edward M. McDonald Jr.,
                                              Trial Attorney

1