TIMOTHY A. LUKAS, ESQ.
Nevada Bar No. 4678
**HOLLAND & HART LLP**
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-7169
Email: ecflukast@hollandhart.com

*Attorney for STEPHEN CAMPBELL*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

BRIAN SEBASTIAN SCIARA

                        Debtor.

Case No. 23-13265-abl
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Hearing Date: N/A
Hearing Time: N/A

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 2014, the undersigned attorney, Timothy A. Lukas of the law offices of Holland & Hart, LLP, enters his appearance in the above-referenced action as counsel for STEPHEN CAMPBELL and respectfully requests service of copies of all applications, pleadings, notices, orders and all other actions filings in this matter as follows:

> Timothy A. Lukas, Esq.
> HOLLAND & HART LLP
> 5441 Kietzke Lane, Second Floor
> Reno, Nevada 89511
> Tel: (775) 327-3000/Fax: (775) 786-6179
> Email: ecflukast@hollandhart.com

Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any disclosure statement, plan of reorganization, notice of any orders,

///

///

1

pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

DATED this 11th day of September, 2023.

HOLLAND & HART LLP

By: /s/ Timothy A. Lukas
Timothy A. Lukas, Esq.
5441 Kietzke Lane, 2nd Floor
Reno, NV  89511
Telephone: (775)327-3023
Facsimile: (775)786-6179
ecflukast@hollandhart.com

*Counsel for STEPHEN CAMPBELL*

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

## **CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on September 11, 2023, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** in the following manner:

☒ (BY NOTICE OF ELECTRONIC FILING) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Electronic Case Filing System of the United States Bankruptcy Court to the parties in the case.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Reno, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

DATED: September 11, 2023.

_____/s/_____ Cyndy Arnold

30488176_v1

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

3