JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899
Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants. | **NOTICE OF DEPOSITION OF DEFENDANT BRIAN SEBASTIAN SCIARA PURSUANT TO BANKRUPTCY RULE 7030 AND FEDERAL RULE OF CIVIL PROCEDURE 30(a)(1)** |

To: Brian Sebastian Sciara, Defendant;
To: Peter B. Mortenson, Esq., of Mortenson & Rafie, LLP, attorneys for Defendant; and
To: All other interested parties:

**PLEASE TAKE NOTICE** that Plaintiff, Shelley D. Krohn, Trustee ("Trustee"), by and through her counsel, Fox Rothschild LLP, will, pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure and Rule 30(a)(1) of the Federal Rules of Civil Procedure, take the deposition upon oral examination of **Defendant Brian Sebastian Sciara** ("Defendant") to be examined as to the subject matter and documents as set forth and identified in **Exhibit 1** attached hereto, before a Notary Public or other qualified officer, on **June 27, 2025 at 10:00 a.m., prevailing Pacific Time**, at the offices of **Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite**

**700, Las Vegas, Nevada 89135**. The deposition will be recorded by stenographic and/or video/audio means. The deposition noted above may continue day to day, if necessary, until completed.

You are invited to attend and cross-examine.

Dated this 10th day of June, 2025.

**FOX ROTHSCHILD LLP**

/s/ Jeanette E. McPherson

Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*

**EXHIBIT 1**

**DEFINITIONS**

1. As used herein, "Complaint" means the complaint initiating this adversary proceeding on October 2, 2024.

2. As used herein, "communications" means any meeting, interview, conference, conversation, discussion, correspondence, message or other occurrence whereby thoughts, opinions, or data are transmitted between two or more persons by any means including but not limited to electronic, written, telephonic or in person.

3. As used herein, "concerning" shall be construed in the broadest sense and shall mean and include the following: regarding, alluding to, responding to, referring to, connected with, commenting on, summarizing, with respect to, pertaining to, about, discussing, involving, showing, referring, describing, reflecting, analyzing, evidencing, comprising, constituting, containing, embodying, mentioning, consisting of or otherwise relating to the subject matter.

4. As used herein, "Court" means the United States Bankruptcy Court for the District of Nevada.

5. As used herein, "Debtor" means Brian Sebastian Sciara, the debtor in the above-entitled Chapter 7 case, together with its officers, directors, representatives, employees, agents, managers, members, shareholders, attorneys, affiliates, parents, and subsidiaries.

6. As used herein, "Debtor's Case" means the bankruptcy case filed by Brian Sebastian Sciara, BK-S-23-13265-ABL, in the United States Bankruptcy Court, District of Nevada.

7. As used herein, "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a). "Document" shall have the broadest meaning permissible, and includes, without limitation, any recorded information (whether printed, typed, photocopied, handwritten, recorded, electronically stored, produced or reproduced or created by any other process), tangible thing or any other compilation of information that is within Your possession, custody or control, including, without limitation, any and all:

a) accountants' work papers, advertising circulars, advisories, agreements,

appointment books, articles, bills, binders, books, brochures, bulletins, cables, calendars, certificates of insurance, charts, checks, circulars, Communications (intra-office, inter-office, external and other), compilations, computer printouts, confirmations, contracts, correspondence, desk-pads, diaries, drafts, drawings, exhibits, facsimiles, financial statements, flyers, forecasts, graphs, guidelines, invoices, instructions, letters, lists, logs, manuals, memoranda, messages, microfiche, microfilm, minutes of meetings, notebooks, notes, outlines, pamphlets, periodicals and clippings from periodicals, placement slips, pleadings, policies, post-it notes, projections, prospectuses, questionnaires, receipts, records, reports, rules, schedules, statements, studies, subscription agreements or pages, summaries, tables, telecopies, telefaxes, telegrams, telephone messages, telexes, translations, treaties, wire messages and worksheets;

b) visual or audio records or representations of any kind, including, without limitation, photographs, charts, drawings, graphs, microfiche, microfilm, videotapes, recordings and motion pictures;

c) electric, electronic, magnetic, mechanical and optical records or representations of any kind, including, without limitation, emails, tapes, cassettes, computer discs, recordings, computer memories or other electronic data compilations, any archive, including the archive for a workstation or a server, or any backup tape, including the backup tape for any workstation or server, even if deleted but still able to be retrieved;

d) proposed drafts, drafts and final versions;

e) all originals (or, when the originals are not in Your possession, custody or control, carbon or other identical copies), as well as copies that vary from the original in any respect, including, without limitation, variations due to handwritten notes, editing, interlineations, blind copies and other alterations; and

f) all instructional materials, annotated policies, handbooks, course materials, claims manuals, underwriting manuals, and memoranda.

8. As used herein, "Irrevocable Trust" shall mean B.S.A.P. Irrevocable Trust Dated September 16, 2022.

9. As used herein, "Lawsuit" means the instant adversary action brought by Plaintiff against Defendant in the U.S. Bankruptcy Court for the District of Nevada, bearing Adversary No. 24-01121.

10. As used herein, "Petition Date" means August 4, 2023.

11. As used herein, "Property" means the real property located at 712 Pont Chartrain Drive, Las Vegas, Nevada 89145, having APN 138-31-812-021.

12. As used herein "relating to," "related to," "relates to," "relates," "in relation to," "reflects," "refers," "referring to," "to," or "referred to" means pertaining, concerning, regarding, depicting, memorializing, containing, constituting, evidencing, demonstrating, mentioning, illustrating, describing, discussing, refuting, or contradicting in any way, directly or indirectly.

13. As used herein, "Schedules" means the voluntary petition (the petition and any amendments, schedules, and Statement of Financial Affairs are collectively referred to herein as the "Petition") for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada.

14. As used herein, "Truitt" shall mean defendant Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022

15. As used herein, "Trustee" or "Plaintiff" means Shelley D. Krohn as the Chapter 7 Trustee in the case of the debtor.

16. As used herein, "You," "Your", "Sciara," or "Defendant" means Brian Sebastian Sciara and any persons, agents, employees, representatives, attorneys, or anyone else acting or purporting to act on your behalf or on behalf of their behalf.

**TOPICS FOR EXAMINATION**

1. The assertions set forth in the Complaint.

2. Your knowledge regarding the Irrevocable Trust.

3. Your knowledge regarding Truitt in his capacity or former capacity as the Trustee of the Irrevocable Trust.

4. Your knowledge regarding the Property.

5. Your knowledge regarding your assets for all times relevant to the claims in the Complaint.

6. Your knowledge regarding your liabilities for all times relevant to the claims in the Complaint.

7. Your communications regarding the Property.

8. Your communications regarding the Irrevocable Trust.

9. Your knowledge of Funded, LLC, including its assets and liabilities.

10. Your knowledge of any entity in which you have an interest, including its assets and liabilities.

11. Your knowledge regarding the litigation involving You or an entity in which you have been connected.

12. Your knowledge regarding the current Trustee of the Irrevocable Trust.

**CERTIFICATE OF SERVICE**

I caused to be served a copy of the Notice Of Deposition Of Defendant Brian Sebastian Sciara Pursuant To Bankruptcy Rule 7030 And Federal Rule Of Civil Procedure 30(a)(1) by the following means to the persons as listed below:

☒ a. **By ECF System (on June 10, 2025)**

JEANETTE E. MCPHERSON on behalf of Plaintiff SHELLEY D. KROHN
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

PETER B. MORTENSON on behalf of Defendant BRIAN SEBASTIAN SCIARA
cmcorwin@nvlaw.us, pmortenson@nvlaw.us;drafie@nvlaw.us

☐ b. **By United States First Class postage fully prepaid**

☒ c. **By direct email (as opposed to through the ECF System) on June 10, 2025)**

I caused the document(s) to be sent to the persons at the email addresses listed below.

Peter B. Mortenson, Esq. PMortenson@NVLaw.us
KChan@NVLaw.us

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2025.

/s/ Angela Hosey
An employee of Fox Rothschild LLP