Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. 23-13265-abl<br><br>Chapter 11<br><br>**Notice of Rule 2004 Examination Of Debtor** |
|---|---|

YOU ARE HEREBY notified that pursuant to Fed. R. Bankr. P. 2004-1(b) and Local Rule 2004 the examination will be recorded by stenographic and videographic means of the person whose name is stated below, at the time and place stated below, before an officer authorized to administer oaths.  The deponent is also required to produce documents described in **Exhibit A**, attached.

PERSON TO BE EXAMINED:          Brian Sebastian Sciara

DATE AND TIME OF APPEARANCE:          October 6, 2023
                                                                    10:00 a.m.

PLACE OF APPEARANCE:          Lewis Roca Rothgerber Christie LLP
                                              3993 Howard Hughes Parkway, Suite 600
                                              Las Vegas, NV 89169
                                              via Zoom videoconference

122360122.1

DATED this 18th day of September, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
    Robert M. Charles, Jr., Bar No. 6593
    RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions,
LLC

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

**LEWIS ROCA**

122360122.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on September 18, 2023, I caused to be served a true and correct copy of the **NOTICE OF RULE 2004 EXAMINATION OF DEBTOR** in the following manner:

☐    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒    (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

122360122.1

- 3 -

**EXHIBIT A**

1.      Produce monthly statements for the period January 1, 2020 to the present for all bank accounts set forth in Part 4, paragraph 17 of Form 106A/B filed in this matter.

2.      Produce all documents, including but not limited to monthly, quarterly, or other periodic statements, cancelled checks, deposit slips, wire transfers, etc. regarding any domestic or foreign bank account or other financial account, regardless of how such account is titled, over which Brian Sciara, Capfund Enterprises, LLC or Funded, LLC had signatory authority or other such control at any time from January 1, 2020 to the present.

3.      Produce copies of all credit, debit and/or ATM card statements of account, wherever located and regardless of whose name appears on the account, from January 1, 2020 to present, for such cards which Brian Sciara, Capfund Enterprises, Inc., or Funded, LLC use or which they have signatory authority or other such control.

4.      Produce copies of all receipts, statements, deposit slips, wire transfer memoranda, debit slips, electronic mail messages, and other such documents reflecting any funds, stock and, or property having a value in excess of $500.00 transferred by: (a) you (individually or in any capacity); and (b) your spouse (individually or in any capacity) from January 1, 2020 to present.

5.      Produce copies of all financial records, including income statements, profit and loss statements, balance sheets, and general ledgers for Capfund Enterprises, Inc. and Funded, LLC for the period January 1, 2020 to the present.

6.      Produce copies of all documents signed by you establishing, modifying, amending or pertaining to any domestic and/or foreign trust in which you are a settlor, trustee, trust protector, and/or beneficiary from January 1, 2020 to present.

7.      Produce copies of all journals, books, receipts, and other such documents for the period January 1, 2020 to the present, reflecting, stating, identifying and/or describing:

      a.      assets located in the United States which you possess or control directly or through other persons, entities, or nominees; and

122360122.1                                                    - 4 -

b.    assets located outside the United States which you possess or control directly or through other persons, entities, or nominees.

8.    Produce copies of all letters, notes, memoranda, and other such documents sent to or written by you regarding the disposition, transfer, purchase, or sale of any asset owned by you or held on your behalf from January 1, 2020 to the present.

9.    Produce copies of all stock certificates in which you and/or your spouse have or had an interest from January 1, 2020 to the present.

10.    Produce copies of Brian Sciara, Capfund Enterprises, Inc., and Funded, LLC's federal and state income tax returns for years 2020, 2021, and 2022.

11.    Produce a copy of Brian Sciara's current will and any codicils thereto.

12.    Produce copies of all financial statements and/or loan applications prepared by or on behalf of you, Capfund Enterprises, LLC and Funded, LLC for the period January 1, 2020 to the present.

13.    Produce copies of all deeds, mortgages, leases and notes executed by you and/or that were in effect during the period of January 1, 2020 to the present.

14.    Produce all Forms 1099 and W2 for you for years 2020, 2021, and 2022.

15.    Produce all documents reflecting payments made by or on behalf of you, Capfund Enterprises, Inc. and/or Funded, LLC to Mortensen & Rafie, LLP.

16.    Produce all documents reflecting payments made to any law firm or accounting firm since January 1, 2020 made by or on behalf of you, Capfund Enterprises, Inc. and/or Funded, LLC.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA