Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8320
Fax:     702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-13265-abl |
| BRIAN SEBASTIAN SCIARA, | Chapter 11 |
| Debtor. | **Order Granting Application for Rule 2004 Examination Of Debtor** |

Upon the Application for Rule 2004 Examination of Debtor [Dkt #____] of MiCamp Holdings, LLC and MiCamp Solutions, LLC ("MiCamp"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and good cause appearing,

IT IS ORDERED that;

1.       Debtor Brian Sebastian Sciara shall produce the documents requested in **Exhibit A** attached hereto, at the offices of Lewis Roca Rothgerber Christie LLP located at 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169.

2.       MiCamp may examine Debtor at the Las Vegas office of Lewis Roca Rothgerber Christie LLP (unless the parties agree to a different date and time). The examination shall be scheduled on a date and time agreeable to the parties.

122360193.1

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC
and MiCamp Solutions, LLC

# # #

**EXHIBIT A**

1.      Produce monthly statements for the period January 1, 2020 to the present for all bank accounts set forth in Part 4, paragraph 17 of Form 106A/B filed in this matter.

2.      Produce all documents, including but not limited to monthly, quarterly, or other periodic statements, cancelled checks, deposit slips, wire transfers, merchant statements etc. regarding any domestic or foreign bank account or other financial account, regardless of how such account is titled, over which Brian Sciara, Capfund Enterprises, LLC or Funded, LLC had signatory authority or other such control at any time from January 1, 2020 to the present.

3.      Produce copies of all credit, debit and/or ATM card statements of account, and merchant statements wherever located and regardless of whose name appears on the account, from January 1, 2020 to present, for such cards which Brian Sciara, Capfund Enterprises, Inc., or Funded, LLC use or which they have signatory authority or other such control.

4.      Produce copies of all receipts, statements, deposit slips, wire transfer memoranda, debit slips, electronic mail messages, and other such documents reflecting any funds, stock and, or property having a value in excess of $500.00 transferred by: (a) you (individually or in any capacity); and (b) your spouse (individually or in any capacity) from January 1, 2020 to present.

5.      Produce copies of all financial records, including income statements, profit and loss statements, balance sheets, and general ledgers for Capfund Enterprises, Inc. and Funded, LLC for the period January 1, 2020 to the present.

6.      Produce all electronic records, including email, of any Venmo, Apple Pay, Zelle, Stripe, or Plastiq for Brian Sciara, Capfund Enterprises, LLC or Funded, LLC.

7.      Produce copies of all documents signed by you establishing, modifying, amending or pertaining to any domestic and/or foreign trust in which you are a settlor, trustee, trust protector, and/or beneficiary from January 1, 2020 to present.

122360193.1                                    - 3 -

8.      Produce copies of all journals, books, receipts, and other such documents for the period January 1, 2020 to the present, reflecting, stating, identifying and/or describing:

      a.      assets located in the United States which you possess or control directly or through other persons, entities, or nominees; and

      b.      assets located outside the United States which you possess or control directly or through other persons, entities, or nominees.

9.      Produce copies of all letters, notes, memoranda, and other such documents sent to or written by you regarding the disposition, transfer, purchase, or sale of any asset owned by you or held on your behalf from January 1, 2020 to the present.

10.     Produce copies of all stock certificates in which you and/or your spouse have or had an interest from January 1, 2020 to the present.

11.     Produce copies of Brian Sciara, Capfund Enterprises, Inc., and Funded, LLC's federal and state income tax returns for years 2020, 2021, and 2022.

12.     Produce a copy of Brian Sciara's current will and any codicils thereto.

13.     Produce copies of all financial statements and/or loan applications prepared by or on behalf of you, Capfund Enterprises, LLC and Funded, LLC for the period January 1, 2020 to the present.

14.     Produce copies of all deeds, mortgages, leases and notes executed by you and/or that were in effect during the period of January 1, 2020 to the present.

15.     Produce all Forms 1099 and W2 for you for years 2020, 2021, and 2022.

16.     Produce all documents reflecting payments made by or on behalf of you, Capfund Enterprises, Inc. and/or Funded, LLC to Mortensen & Rafie, LLP.

17.     Produce all documents reflecting payments made to any law firm or accounting firm since January 1, 2020 made by or on behalf of you, Capfund Enterprises, Inc. and/or Funded, LLC.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

122360193.1

- 4 -