Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. 23-13265-abl |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 11 |
| Debtor. | **Amended Ex Parte Application For Rule 2004 Examination Of Debtor** |

MiCamp Holdings, LLC and MiCamp Solutions, LLC ("MiCamp") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, apply to this Court for an Order directing that Debtor Brian Sebastian Sciara ("Sciara" or "Debtor") appear for an examination regarding any and all transactions concerning the acts, conduct, or property, or to the liabilities and financial condition of Debtor, any other matter which may affect the Debtor's estate, including, but not limited to, information relating to the Debtor's Schedules and Statements, claims against the Estate, all documents related to tax returns prepared on behalf of the Debtor, and as to any matter permitted by Federal Rule of Bankruptcy Procedure 2004.  This motion is supported by the following memorandum. MiCamp proposes a date and time for examination of **October 6, 2023 at 10:00 a.m. Attendance will be via remote appearance.  A Zoom link to the video will be provided by the Court Reporter ahead of the examination.**

<strong>Memorandum</strong>

**I.     Jurisdiction**

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicate for

122360099.2

the relief sought herein is § 105 of Title 11 of the United States Bankruptcy Code and Rule 2004. MiCamp consents to this Court's entry of final orders on this motion.

## II.    Relief Requested And Basis Therefor

Bankruptcy Rule 2004(a) provides, in pertinent part, that "[o]n motion of any party in interest, the court may order the examination of any entity."  Rule 2004(b) states that the examination may relate to, among other things, "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or the debtor's right to a discharge."

A Rule 2004 examination seems appropriate here to determine Debtor's financial condition, the use and disposition of Debtor's bank accounts and assets, Debtor's payments and obligations to creditors and ownership, Debtor's Schedules and Statements, claims against the Estate, all documents related to tax returns prepared on behalf of the Debtor, among other things.

## III.    Conclusion

MiCamp requests that this Court enter its order submitted herewith providing for an examination of Debtor under Bankruptcy Rule 2004 on **October 6, 2023 at 10:00 a.m.** Attendance will be via remote appearance.  A Zoom link to the video will be provided by the Court Reporter ahead of the examination. MiCamp reserves the right to seek additional relief from the Court as is proper.

DATED this 20th day of September, 2023

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
      Robert M. Charles, Jr., Bar No. 6593
      RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

122360099.2

- 2 -

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on September 20, 2023, I caused to be served a true and correct copy of the **Amended Ex Parte Application For Rule 2004 Examination Of Debtor** in the following manner:

☒    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

122360099.2

- 3 -