# EXHIBIT 1

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 25, 2023

Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. 23-13265-abl |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 11 |
| Debtor. | **Order Granting Application for Rule 2004 Examination Of Debtor** |

Upon the Application for Rule 2004 Examination of Debtor [Dkt #29] of MiCamp Holdings, LLC and MiCamp Solutions, LLC ("MiCamp"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and good cause appearing,

IT IS ORDERED that;

1.      Debtor Brian Sebastian Sciara shall attend via remote appearance on October 6, 2023 at 10:00 a.m., at the offices of Lewis Roca Rothgerber Christie LLP located at 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169 (unless the parties agree to a different date and time) and continuing, if necessary, from day to day until completed.

**IT IS SO ORDERED.**

122360193.2

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: 702.949.8200
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC
and MiCamp Solutions, LLC

# # #