Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. 23-13265-abl |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 11 |
| Debtor. | **Notice of Vacating Rule 2004 Examination Of Debtor Brian Sebastian Sciara** |

PLEASE TAKE NOTICE that Creditors MiCamp Holdings, LLC and MiCamp Solutions, LLC, by and through undersigned counsel, hereby vacate the 2004 Exam of Robert Torres Scheduled for October 6, 2023 at 10:00 a.m. The 2004 Examination will be rescheduled for a later date mutually acceptable to the parties.

DATED this 5th day of October, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
    Robert M. Charles, Jr., Bar No. 6593
    RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8320
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

122598716.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on October 5, 2023, I caused to be served a true and correct copy of the **Notice of Vacating Notice of Rule 2004 Examination Of Debtor Brian Sebastian Sciara** in the following manner:

☒ (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP