ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
**SGRO & ROGER**
2901 El Camino Ave, Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
Facsimile:  702.665.4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for Creditor*
*Sgro & Roger*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

BRIAN SEBASTIAN SCIARA,

Debtor.

Case No. 23-13265-abl

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Anthony P. Sgro, Esq., and Jennifer Willis Arledge, Esq., of the law firm SGRO & ROGER, appear as attorneys creditor Sgro & Roger and request that a copy of all notices to creditors and other parties in interest in this case be sent to Sgro & Roger, 2901 El Camino Ave, Suite 204, Las Vegas, Nevada 89102. The undersigned consents to service by email pursuant to Bankr. R. 7005 and Rule 5(b)(2)(E) as applicable at the listed address. This is only a notice of appearance and request for notice.

Dated this _9th_ day of October 2023.

**SGRO & ROGER**

JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
2901 El Camino Ave, Suite 204
Las Vegas, Nevada 89102
*Attorneys for Creditor Sgro & Roger*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served this ___ day of October 2023, by:

[ X ]   (Electronic Service) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]   (United States Mail) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid at, Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

[ ]   (Overnight Courier) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

[ ]   (Facsimile) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date written above.

An Employee of Sgro and Roger

-2-