# EXHIBIT 2

Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702.222.2603
Fax: 702.669.4650
bkunimoto@hollandhart.com
bcassity@hollandhart.com
jlin@hollandhart.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN SCIARA,<br><br>             Plaintiff,<br><br>v.<br><br>STEPHEN CAMPBELL,<br><br>             Defendant.<br><br>AND ALL RELATED MATTERS. | Lead/Base Case No.:<br>   2:18-cv-01700-DJA<br><br>Consolidated Case No.:<br>   2:21-cv-00309-JAD-NJK<br><br>**[~~PROPOSED~~] JOINT ORDER**<br>**CONSOLIDATING**<br>**CASE NO. 2:21-CV-00309-JAD-NJK**<br>**WITH**<br>**CASE NO. 2:18-CV-01700-DJA** |

**IT IS HEREBY ORDERED** that *Sciara v. Campbell*, case no. 2:18-cv-01700-DJA, and *Sprout Financial LLC v. CapFund Enterprises Incorporated et al.*, case no. 2:21-cv-00309-JAD-NJK, shall be consolidated.

**IT IS FURTHER ORDERED** that case no. 2:18-cv-01700-DJA shall be the base/lead case and all future documents must bear said base/lead case number.

**IT IS FURTHER ORDERED** that all filings filed in the base/lead case no. 2:18-cv-01700-DJA be deemed to have also been filed in the consolidated case no. 2:21-cv-00309-JAD-NJK.

/ / /

/ / /

6

**IT IS FURTHER ORDERED** that this Joint Order shall be filed in each of the pending cases in accordance with LR 42-1(b).

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2021

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2021

*Respectfully Submitted By:*

**HOLLAND & HART LLP**

/s/ *Bryce Kunimoto*
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
Jenapher Lin, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

7