# EXHIBIT 3

## Joyce E. Heilich

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Thursday, September 7, 2023 11:07 AM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-01700-DJA Sciara v. Campbell Order on Motion for Partial Summary Judgment |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 9/7/2023 at 11:07 AM PDT and filed on 9/7/2023

| | |
|---|---|
| **Case Name:** | Sciara v. Campbell |
| **Case Number:** | 2:18-cv-01700-DJA |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/27/2019**

**Document Number:** 212(No document attached)

Docket Text:
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Daniel J. Albregts on 9/7/2023.**

**Given the Notice of Bankruptcy filed by Brian Sciara (ECF No. [210]), the automatic stay provided for in 11 U.S.C. 362(a) is now in effect. Accordingly, outstanding motions related to claims filed against the debtor, Brian Sciara, are denied without prejudice and with leave to refile at such a time when the Bankruptcy Court determines whether or not the motions are subject to the automatic stay under 11 USC 362(a)(1) or whether the motions are otherwise enjoined under 11 USC 105(a). (ECF Nos. [200] and [208]).** *See In re Censo***, 638 B.R. 416, 424 (B.A.P. 9th Cir. 2022).**
**IT IS THEREFORE ORDERED that the motion for partial summary judgment (ECF No. [200]) and the motion to dismiss (ECF No. [208]) are DENIED WITHOUT PREJUDICE and with leave to refile.**
**IT IS FURTHER ORDERED that the parties shall submit a joint status report no later than November 6, 2023, updating the Court on the bankruptcy proceedings and the status of this action.**
**(no image attached) (Copies have been distributed pursuant to the NEF - TG)**

**2:18-cv-01700-DJA Notice has been electronically mailed to:**

1

Anthony P. Sgro (Terminated)    tsgro@sgroandroger.com, abondy@sgroandroger.com, awilliams@sgroandroger.com, csavage@sgroandroger.com, efile@sgroandroger.com, jarledge@sgroandroger.com, kllamas@sgroandroger.com, legalassistant.three@sgroandroger.com, lhurst@sgroandroger.com, rchavez@sgroandroger.com, zpeck@sgroandroger.com

Bryce K. Kunimoto    bkunimoto@hollandhart.com, Intaketeam@hollandhart.com, jeheilich@hollandhart.com

Peter B. Mortenson    pmortenson@nvlaw.us, gschmidt@nvlaw.us, kchan@nvlaw.us, rwaltjen@nvlaw.us

Jennifer W. Arledge (Terminated)    jarledge@sgroandroger.com, awilliams@sgroandroger.com, drapp@sgroandroger.com, efile@sgroandroger.com, sheredia@sgroandroger.com, swoods@sgroandroger.com

Darius Rafie    drafie@nvlaw.us, gschmidt@nvlaw.us, kchan@nvlaw.us, rwaltjen@nvlaw.us

Robert J Cassity    bcassity@hollandhart.com, Intaketeam@hollandhart.com, krcole@hollandhart.com

Jenapher Lin    jlin@hollandhart.com, Intaketeam@hollandhart.com, blschroeder@hollandhart.com

Alanna Bondy    abondy@sgroandroger.com

Robert S Reder    robert@blythegrace.com

**2:18-cv-01700-DJA Notice has been delivered by other means to:**

Douglas F Behm
Douglas F Behm PLLC
3030 N 3rd St., Ste. 905
Phoenix, AZ 85012

2