_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 12, 2024

MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
PATTERSON & ASSOCIATES, LTD.
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-5650
Email: mpatterson@pattersonassociateslaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA<br><br>    Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 11<br><br><br>Hearing Date: February 20, 2024<br>Hearing Time: 1:30pm |

## ORDER GRANTING APPLICATION FOR EMPLOYMENT OF ATTORNEY
## FOR DEBTOR-IN-POSSESSION

Upon the Application of Debtor, the Court having heard and considered the Application of Debtor to employ attorney Mark W. Patterson and Patterson & Associates, Ltd. as counsel for Debtor in this matter, and good cause appearing, it is hereby ordered as follows:

– 1 –

ORDER:

1. That pursuant to 11 U.S.C. §327(a) the Debtor is authorized to employ and retain Mark W. Patterson and Patterson & Associates, LTD as his attorneys to perform the services as set forth in the Application and Retainer Agreement.

2. That approval of fees for counsel will be subject to future application and approval subject to 11 U.S.C. §330.

3. That as provided in Rule 7062 of the Bankruptcy Rules, this Order shall be effective and enforceable immediately upon entry;

4. That the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

IT IS SO ORDERED

Submitted by:

/s/ Mark W. Patterson, Esq.

Mark W. Patterson, Esq.
*Attorney for Debtor*

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1)

_x__ No party having filed an objection to the motion

_x__ Sprout Financial, through its attorney Timothy Lukas, Esq. having waived review of the order at the time of the hearing.

___ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, as each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
| --- | --- | --- | --- |