Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

Brian Sebastian Sciara,

                              Debtor.

Case No. 23-13265-abl

Chapter 11

**Motion for Conversion of Small Business
Case to Chapter 7**

MiCamp Holdings, LLC and MiCamp Solutions, LLC ("MiCamp") move this Court for an order pursuant to Bankruptcy Code § 1112(b)(1) converting this small business chapter 11 case to a case under chapter 7. This motion is based upon the following Memorandum of Points and Authorities and the Court's record.

**Memorandum**

**Background**

**MiCamp Claim**.  Brian Sciara ("Debtor") and CapFund Enterprises, Inc. sued MiCamp in the district court in Clark County Nevada, Case No. A-20-824100-B. MiCamp prevailed and on December 4, 2023, MiCamp obtained judgment against Debtor and CapFund Enterprises, Inc., jointly and severally in the principal amount of $156,818.75, plus pre-judgment and post-judgment interest.

**Bankruptcy**.  Debtor filed this small business chapter 11 case by his voluntary petition filed on August 4, 2023. Debtor remains debtor in possession.

**Debtor Delays**.  Debtor has been chronically unable to timely comply with his obligations arising out of the Bankruptcy Code and Rules and this Court's local rules. For example, it took months for Debtor to retain counsel and an accountant. Recently Debtor sought to retain special litigation counsel and the Office of the United States Trustee has properly objected because

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

125068187.1

Debtor seeks to retain counsel nunc pro tunc to the petition date without explanation and even though the Debtor has made unauthorized post-petition payments to counsel.[1]

Further, Debtor has been unable to timely file monthly operating reports, much less to file them in a form that satisfies Debtor's obligations. For example, on May 30, 2024, Debtor filed a monthly operating report for the month of September 2023 (DE 68), some eight months late. (There are no subsequent reports on file.) Reading into the September report, it appear Debtor is operating a consulting business, but not depositing all funds into debtor in possession accounts, and is not timely filing tax returns and paying taxes due. The math in the report makes no sense. Debtor reports starting cash of $12,948.99, positive cash flow of $25,426.38, yet ending cash of only $6,168.26.[2]

**Funded, LLC**. MiCamp believes that the business known as Funded LLC[3] is the successor to CapFund Enterprises Inc., and is operated by Debtor in the same manner as he operated CapFund Enterprises. If Funded LLC is a separate legal entity, whose financial statements are filed as part of the operating report, then it is an entity that is effectively reporting Debtor's income and expenses, including home ownership expenses, and per a schedule filed at PDF page 14, appears to be owed over $1.5 million. It is likely also the entity from which Debtor claims to net $20,000 per month,[4] or perhaps $34,000.[5] Yet Debtor describes his ownership interest as worth $0.00.[6]

**Home**. Debtor's home presents another series of questions. Debtor scheduled the home at 712 Pont Chartrain Drive as his residence worth $1,500,000, subject to a $840,000 lien, and claimed a $605,000 exemption.[7] Yet in a Quitclaim Deed recorded by Brian Sciara on October 13, 2022 at Instrument # 20221013-0002562, Debtor purported to convey the property as follows:

---

[1] Objection and Reservation of Rights (DE 70).
[2] Monthly Operating Report, September 2023 (DE 68 at pdf p. 2).
[3] Statement of Financial Affairs, Part 11, Question 27 (DE 17 at pdf p. 33).
[4] Schedule I (DE 17 at pdf p. 24).
[5] Amended Schedule I (DE 34 at pdf p. 13).
[6] Schedule A/B, Question 19 (Schedule B, DE 17 at pdf p. 7).
[7] Schedules (DE 17, 34).

125068187.1

- 2 -

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

Parcel ID.: 138-31-812-021

**QUITCLAIM DEED**

For valuable consideration of One U.S. Dollar ($1.00), and/or other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged,

Brian Sciara (hereinafter called the "Grantor") whose address is 712 Pont Chartrain Drive Las Vegas, Nevada 89145

hereby remises, releases, and quitclaims

unto "B.S.A.P. Irrevocable Trust" with Glenn H. Truitt acting as the Trustee (hereinafter called the "Grantee"), with a mailing address of 712 Pont Chartrain Drive Las Vegas, Nevada 89145.

ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST, IF ANY, IN AND TO THAT CERTAIN REAL PROPERTY SITUATED IN the County of Clark, State of Nevada, known as:

Parcel ID.: 138-31-812-021

See Exhibit A attached. Is the home property of the estate or not?

**Transfers**. There are likely significant pre-bankruptcy transfers to be investigated. These include $40,000 to American Express in the 90 days before bankruptcy.[8]

**No Plan Filed**. Most importantly, Debtor was subject to a deadline pursuant to Bankruptcy Code § 1121(e)(2) whereby Debtor was required to file a plan and disclosure statement not later than 300 days after the date of the order for relief. That deadline was May 30, 2024. Debtor did not file a plan and disclosure then or since then; and the Court may not extend that deadline after it expires. Debtor is thus legally barred from confirming a chapter 11 plan, because Debtor did not comply with the requirements of title 11 as required by Bankruptcy Code § 1129(a)(2).

**Discussion**

The Court shall convert a case to chapter 7 (or dismiss the case) under § 1112(b)(1) if that is in the best interests of creditors. If there is cause to convert the case, the debtor has the burden of demonstrating unusual circumstances establishing that converting the case is not in the best interests of creditors and the estate under § 1112(b)(2). Cause under § 1112(b)(4)(F) includes failure to comply with applicable filing and reporting requirements. Cause under § 1112(b)(4)(J)

---

[8] Id., Part 3, Question 6 (DE 17 at pdf p. 29).

includes failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by the Code.

Here Debtor's failure to timely file operating reports or the required plan and disclosure statement constitutes cause for conversion.

With respect to the question implied in § 1112(b)(2) whether there are unusual circumstances that either counsel against conversion or point toward dismissal, MiCamp believes there are transactions and matters that a chapter 7 trustee needs to investigate. Debtor operates a business under the name Funded, LLC. In Debtor's Schedule I as amended, Debtor claimed income of $34,000 per month from that business. That details of that business have never been disclosed, although Debtor did suggest at early status hearings that the entity would need to file its own chapter 11 bankruptcy petition. Since then, Debtor's counsel has disclaimed any interest in filing an additional chapter 11 case due to the lack of consistent and accurate financial information provided by Debtor. A chapter 7 trustee could investigate this business and determine its value for the benefit of creditors.

As indicated above, Debtor's filings suggest other fertile areas for investigation, including ownership of the home recently transferred to trust, the value of Funded LLC, a 2020 Porsche Cayenne worth $50,000 with no secured debt,[9] and a large American Express pre-bankruptcy transfer.

Allowing Debtor to remain in chapter 11 is pointless and dismissal would only return control to Debtor outside the creditor safeguards of the bankruptcy process.

**Conclusion**

MiCamp requests that this Court enter its order converting this case to chapter 7 and such other relief as is proper.

---

[9] Amended Schedule A/B (DE 34 at pdf p. 5).

125068187.1

DATED this 6th day of June, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
    Robert M. Charles, Jr., Bar No. 6593
    RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8320
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions,
LLC

125068187.1

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on June 6, 2024, I caused to be served a true and correct copy of the **Motion For Conversion Of Small Business Case To Chapter 7** in the following manner:

☒　　(ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐　　(ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐　　(UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐　　(OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐　　(FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

125068187.1

- 6 -

**Exhibits**

A.    Quitclaim Deed

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

125068187.1

- 7 -