# EXHIBIT A

Inst #: **20221013-0002562**
Fees: $42.00
RPTT: $0.00  Ex #: 007
10/13/2022 03:22:02 PM
Receipt #: 5133913
Requestor:
BRIAN SCIARA
Recorded By: ANI   Pgs: 4
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: FRONT COUNTER
Ofc: MAIN OFFICE

**Prepared By**:

Private Wealth Law, Inc
400 South Fourth Street, Suite 540
Las Vegas, NV 89101

**After Recording Return To**: /mail tax statements too

Brian Sciara
712 Pont Chartrain Drive
Las Vegas, NV 89145

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Date:** 10/7/2022

**Parcel ID.:** 138-31-812-021

## QUITCLAIM DEED

For valuable consideration of One U.S. Dollar ($1.00), and/or other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged,

Brian Sciara (hereinafter called the "Grantor") whose address is 712 Pont Chartrain Drive Las Vegas, Nevada 89145

hereby remises, releases, and quitclaims

unto "B.S.A.P. Irrevocable Trust" with Glenn H. Truitt acting as the Trustee (hereinafter called the "Grantee"), with a mailing address of 712 Pont Chartrain Drive Las Vegas, Nevada 89145.

ALL OF GRANTOR'S RIGHT, TITLE AND INTEREST, IF ANY, IN AND TO THAT CERTAIN REAL PROPERTY SITUATED IN the County of Clark, State of Nevada, known as:

**Parcel ID.:** 138-31-812-021

**Legal Description:** PARCEL ONE (1):

LOT 21 IN BLOCK C OF PECCOLE WEST LOT 9- PHASE 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 79 OF PLATS, PAGE 14 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK, COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT OF USE AND ENJOYMENT IN, TO AND THROUGH THOSE AREAS DESIGNATED AS "COMMON AREA" WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

ASSESSOR'S COPY

PARCEL THREE (3):

A NON-EXCLUSIVE EASEMENT OVER AREAS DEFINED AS SPECIAL BENEFITS AREAS AMENITIES IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND EASEMENTS FOR QUEENSRIDGE, AND KNOWN AS "SAN MICHELLE SPECIAL BENEFITS AREA", AS SET FORTH IN THE SUPPLEMENTAL DECLARATION FOR QUEENSRIDGE LOT 9-PHASE 1 RECORDED MAY 30, 1996 IN BOOK 960530 AS DOCUMENT NO. 00242, AND AMENDED AND RESTATED SUPPLEMENTAL DECLARATION FOR QUEENSRIDGE LOT 9, PHASE 1, RECORDED DECEMBER 27, 1996 IN BOOK 961227 AS DOCUMENT NO. 01086, OFFICIAL RECORDS.

**Referred to herein as the "Property".**

THE PROPERTY IS QUIT CLAIMED TO GRANTEE WITHOUT COVENANT, REPRESENTATION OR WARRANTY OF ANY KIND OR NATURE WHATSOEVER, WHETHER EXPRESS OR IMPLIED, WHETHER AS TO TITLE, HABITABILITY, FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE. ANY AND ALL WARRANTIES THAT MIGHT ARISE BY COMMON LAW OR BY STATUTE, AS THE SAME MAY BE HEREAFTER AMENDED FROM TIME TO TIME, ARE HEREBY EXPRESSLY EXCLUDED.

THE PROPERTY IS QUIT CLAIMED SUBJECT TO any and all easements, building and use restrictions, mineral rights, encumbrances, liens, covenants, and liabilities as may appear of record or as may otherwise exist, whether recorded or unrecorded. By its acceptance of delivery of this Quit Claim Deed, Grantee hereby assumes the payment of all ad valorem taxes, standby fees, general and special assessments of whatever kind or character affecting the Property which are due, or which may become due, for any tax year or assessment period prior to the date of this Quit Claim Deed, including, without limitation, taxes or assessments becoming due by reason of a change in usage or ownership of the Property, or both.

IN WITNESS WHEREOF, Grantor hereby executes this Quit Claim Deed as of the date set forth above.

**Grantor:**

By: _____

Printed Name: Brian Sciara

Address: 712 Pont Chartrain Drive Las Vegas, Nevada 89145

# ACKNOWLEDGEMENT

STATE OF NEVADA

COUNTY OF CLARK

On _Oct. 7, 2022_ (date) before me, Anna Veverka personally appeared Brian Sciara who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within Quitclaim Deed and acknowledged to me that they executed the same in their authorized capacities and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ANNA VEVERKA
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 02-10-26
Certificate No: 22-9708-01

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 138-31-812-021
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land    b. ☒ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property   $ _____
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:   $ _____
   d. Real Property Transfer Tax Due   $ _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 7
   b. Explain Reason for Exemption: transfer into trust without consideration

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____Glenn H. Trdiff, Esq._____   Capacity: Lawyer for Trust

Signature _____   Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: Brian Sciara
Address: 712 Pont Chartrain Dr
City: Las Vegas
State: NV      Zip: 89145

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: BSAP Irrevocable Trust
Address: 712 Pont Chartrain Dr
City: Las Vegas
State: NV      Zip: 89145

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Private Wealth Law Inc
Address: 400 S 4th # 540
City: Las Vegas

Escrow # _____

State: NV      Zip: 89101

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED