TIMOTHY A. LUKAS, ESQ.
Nevada Bar No. 4678
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-7169
Email: ecflukast@hollandhart.com

*Attorney for SPROUT FINANCIAL LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. 23-13265-abl<br>Chapter 11<br><br>**JOINDER IN MICAMP HOLDINGS, LLC AND MICAMP SOLUTIONS, LLC's MOTION FOR CONVERSION OF SMALL BUSINESS CASE TO CHAPTER 7** |

Sprout Financial LLC submits this joinder with MiCamp Holdings, LLC and MiCamp Solutions, LLC's Motion for Conversion of Small Business Case to Chapter 7 filed in this case on June 6, 2024 as Document #71 ("Motion to Convert") as well as the following statement of facts.

STATEMENT OF FACTS

1. Sprout Financial filed its proof of claim in the amount of $2,335,302 on December 5, 2023.

2. Sprout Financial filed its Complaint for Determination of Nondischargeability of Debt and Denial of Discharge on November 6, 2023, Adversary Case # 23-1140-abl.

3. Debtor/Defendant Sciara filed his pro se Answer to Complaint on November 27, 2023.

4. The Adversary Case Scheduling Conference is set for July 9, 2024, on the third continuation.

///

///



HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

CONCLUSION

Sprout Financial joins MiCamp's request that this Court enter its order converting this case to chapter 7 and such other relief as is proper.

DATED this 7th day of June, 2024.

HOLLAND & HART LLP

By: */s/ Timothy A. Lukas*
Timothy A. Lukas, Esq.
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: (775)327-3023
Facsimile: (775)786-6179
ecflukast@hollandhart.com

*Counsel for SPROUT FINANCIAL LLC*

HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

**CERTIFICATE OF SERVICE**

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on June 7, 2024, I served a true and correct copy of the foregoing **JOINDER** in the following manner:

☒ (BY NOTICE OF ELECTRONIC FILING) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Electronic Case Filing System of the United States Bankruptcy Court to the parties in the case.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Reno, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

DATED: Friday, June 7, 2024.

/s/ Cyndy Arnold

32199699_v1