Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Brian Sebastian Sciara,<br><br>                Debtor. | Case No. 23-13265-abl<br><br>Chapter 11<br><br>**Notice of Hearing Re Motion for Conversion of Small Business Case to Chapter 7**<br><br>Hearing Date:    July 10, 2024<br>Hearing Time:    1:30 p.m.<br><br>Judge: August B. Landis |

**PLEASE TAKE NOTICE** that MiCamp Holdings, LLC and MiCamp Solutions, LLC's ("MiCamp") Motion for Conversion of Small Business Case to Chapter 7 [ECF #71] (the "Motion") was filed in the above referenced matter on June 6, 2024. The Motion asks the Court to convert this case to Chapter 7.

**PLEASE TAKE NOTICE** that a hearing on the Motion pursuant to Local Rule 9014 will be heard on **July 10, 2024 at 1:30 p.m.** by Judge August B. Landis via telephone conference by accessing the dial-in information below:

Dial-In: (833) 435-1820
Meeting ID 161 110 6049
Passcode 154251#

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief set forth in the Motion must be filed no later than 14 days preceding the hearing date for the motion.

125086164.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may refuse to allow you to speak at the scheduled hearing; and,
> - The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above-noticed hearing or any adjournment thereof.

DATED this 7th day of June, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
    Robert M. Charles, Jr., Bar No. 6593
    RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8320
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

125086164.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on June 7, 2024, I caused to be served a true and correct copy of the **Notice of Hearing Re Motion For Conversion Of Small Business Case To Chapter 7** in the following manner:

☒    (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

125086164.1

- 3 -