Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
Email: *edward.m.mcdonald@usdoj.gov*

E-Filed:  June 11, 2024

**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Tel:  (702) 388-6602
Attorneys for the United States Trustee for Region 17
         TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>                                    Debtor. | Case No. 23-13265-ABL<br>Chapter 11<br><br>Date:  June 17, 2024<br>Time:  1:30 p.m.<br>Place: Telephonic, ABL Courtroom 1 |

**CERTIFICATE OF SERVICE**

On June 3, 2024, I served the *Objection and Reservation of Rights of the U.S. Trustee to the Application For Employment And Retention of Mortenson and Rafie Law Firm as Attornys for Debtor-In-Possession [ECF No. 62]* filed as ECF No. 70 by:  (1) U.S. mail to:

| MARK W PATTERSON, ESQ.<br>PATTERSON & ASSOCIATES, LTD.<br>8275 SOUTH EASTERN AVENUE, SUITE 200<br>LAS VEGAS, NV 89123 | PETER B. MORTENSON, ESQ.<br>MORTENSON & RAFIE, LLP<br>10781 W. TWAIN AVENUE<br>LAS VEGAS, NV 89135 |
|---|---|

and, (2) ECF System:  *see* Exh. A, the "Notice of Electronic Filing" for ECF No. 70.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 11, 2024

**OFFICE OF THE UNITED STATES TRUSTEE**

By:   */s/  Edward M. McDonald Jr.*
An Authorized Employee of the United States Trustee

1

# EXHIBIT A

## File an answer to a motion:

23-13265-abl BRIAN SEBASTIAN SCIARA

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: DebtEd, CH11CRTCOMP, SmBus, PlnDue, BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from EDWARD M. MCDONALD entered on 6/3/2024 at 2:12 PM PDT and filed on 6/3/2024

**Case Name:**      BRIAN SEBASTIAN SCIARA
**Case Number:**    23-13265-abl
**Document Number:** 70

**Docket Text:**
Objection *OBJECTION AND RESERVATION OF RIGHTS OF THE U.S. TRUSTEE TO THE APPLICATION FOR EMPLOYMENT AND RETENTION OF MORTENSON AND RAFIE LAW FIRM AS ATTORNYS FOR DEBTOR-IN-POSSESSION [ECF NO. 62]* Filed by EDWARD M. MCDONALD on behalf of U.S. TRUSTEE - LV - 11 (Related document(s)[62] Application to Employ filed by Debtor BRIAN SEBASTIAN SCIARA.) (MCDONALD, EDWARD)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Opp App Emp.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/3/2024] [FileNumber=35884110-0]
[db853b6898c0d8b1044fd9af0ca9bc7141b1236d1cae4fd55b21d6031f338c9aa3ad
5b3e2abaab860dd170b8830dc3287d46062c93935e0cc99d5991e54b925b]]

**23-13265-abl Notice will be electronically mailed to:**

JENNIFER WILLIS ARLEDGE on behalf of Creditor Sgro & Roger
jarledge@sgroandroger.com, efile@sgroandroger.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Holdings, LLC
rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Solutions, LLC
rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

TIMOTHY A LUKAS on behalf of Creditor Stephen Campbell
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Plaintiff SPROUT FINANCIAL LLC

ecflukast@hollandhart.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

MARK W PATTERSON on behalf of Debtor BRIAN SEBASTIAN SCIARA
mpatterson@pattersonassociateslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**23-13265-abl Notice will not be electronically mailed to:**

DAVID HORWEDEL
EA OF TORCHLIGHT TAX AND FIN SOLUTIONS
9788 GILESPIE STREET
LAS VEGAS, NV 89183

PATTERSON & ASSOCIATES, LTD. on behalf of Debtor BRIAN SEBASTIAN SCIARA
8275 SOUTH EASTERN AVENUE
SUITE 200
LAS VEGAS, NV 89123