NVB 2016 (05/2022)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

## Fee Application Cover Sheet

Case No.: 23-13265-ABL Chapter: 11 Hearing Date/Time: 8/21/2024 13:30

Debtor: Brian Sebastian Sciara

Applicant: Mark W. Patterson, Esq.

Date of Employment: 1/16/24

Interim Fee Application No: 1 OR Final Fee Application ______

**Amounts Requested:** **Client Approval: Yes** ☑ **No** ☐

**Fees:** $ 44,905.00

**Expenses:** $ ______

**Total:** $ 44,905.00

Hours: 128.30 Blended Rate: $ 350.00

Fees Previously Requested: $ 0.00 Awarded: $ ______

Expenses Previously Requested: $ 0.00 Awarded: $ ______

Total Previously Requested: $ 0.00 Awarded: $ ______

Total Amount Paid: $ 22,200.00

**Chapter 13 Cases ONLY:**

**Yes** ☐ **No** ☐ Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on ______.

**Yes** ☐ **No** ☐ Participated in the Mortgage Mediation Program: **If yes,** amount received: $ ______

I certify under penalty of perjury that the above is true.

[signature]
Signature

Date 07/09/2024

MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
PATTERSON & ASSOCIATES, LTD.
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 239-6424
Email: mpatterson@pattersonassociateslaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * *

In re

BRIAN SEBASTIAN SCIARA

Debtor.

Case No. BK-S-23-13265-ABL

Chapter 11

Hearing Date: August 21, 2024
Hearing Time: 1:30pm

## FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS FOR SERVICES RENDERED BY MARK W. PATTERSON

Comes now, Debtor, through his counsel of record Mark W. Patterson, Esq. and submits this first Interim Fee Application for Allowance of Attorney's Fees and Costs for services rendered by the law firm of Patterson & Associates, Ltd. on behalf of Debtor in this matter.

This Application is made based on the attached Declaration of Mark W. Patterson, Esq. attached thereto, as well as the documents on file herein.

## I. STATEMENT OF FACTS

1. Debtor filed this application for relief under chapter 11 of the Bankruptcy Code on

August 4, 2023 as a small business bankruptcy case under Subchapter V of Chapter 11. (See ECF Document No. 1).

2. On March 12, 2024, the bankruptcy Court granted the Application to Employ Mark W. Patterson, Esq. as attorney for Debtor in this matter pursuant to 11 U.S.C. §327(a). (See ECF Document 58).

3. Prior to filing bankruptcy, Debtor paid a retainer fee of $25,000 to Patterson & Associates. Prior to the filing of this bankruptcy, the firm drew down on the retainer in the amount of $2,800 for pre-petition services, and a balance of $22,200 remained in trust at the time of filing of this case. (See Declaration of Mark Patterson, attached).

## II. JURISDICTION AND VENUE

1. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334.

2. Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory source for relief sought herein is 11 U.S.C. §327(a), §330 and §503 and Bankruptcy Rule 2016.

## III. RELIEF REQUESTED

Through this application, Debtor seeks the entry of an order approving Mark Patterson's attorney's fees for services rendered to the Debtor from the date of filing of this case on August 4, 2023 up through July 9, 2024, and authorizing payment to the law Firm of Patterson & Associates by the estate in the amount of $22,705 for the unpaid balance of services rendered as of the present date.

## IV. STATEMENT OF SERVICES RENDERED

The Firm of Patterson & Associates, LTD. has provided services in regard to this case as follows:

| | |
|---|---|
| Prepare post-petition forms and schedules amended schedules and give notice of same | 9.5 hours |
| Prepare for and attend post filing conference with U.S. Trustee / Production of documents to U.S. Trustee | 8.5 hours |

| | |
|---|---|
| Chapter 11 Status Report and Proposed Budget | 2.9 hours |
| 341 Meeting, communications with creditors | 11.2 hours |
| Status conferences with Court | 14.1 hours |
| Monthly Operating Reports and Form 426 Filings | 7.1 hours |
| Plan and Disclosure Statement | 4.7 hours |
| Discovery and 2004 Examination | 12.8 hours |
| Adversary Proceeding and Pending Litigation | 5.4 hours |
| Applications to Employ | 24.4 hours |
| Applications for Administrative Expenses, Fees and Costs | 10.7 hours |
| Conversion to Chapter 7 | 5.9 hours |
| Communication with Debtor and Professionals | 11.1 hours |
| Total | 128.3 hours |

A copy of the billing statement of Patterson & Associates, Ltd. is attached hereto as "Exhibit 2".

## V. CONCLUSION

For the reasons set forth above, Debtor respectfully requests that this Application be granted, and that the Court approve payment of legal fees due of $22,705 to Patterson & Associates, Ltd. by the estate.

Dated this 9th day of July, 2024.

/s/ Mark W. Patterson, Esq.
Mark W. Patterson, Esq.
*Attorney for Debtor*