MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
PATTERSON & ASSOCIATES, LTD.
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 239-6424
Email: mpatterson@pattersonassociateslaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 11<br><br>Hearing Date: August 21, 2024<br>Hearing Time: 1:30pm |

**DECLARATION OF MARK W. PATTERSON, ESQ. IN SUPPORT OF INTERIM FEE APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS FOR SERVICES RENDERED**

I, Mark W. Patterson, herby declare as follows:

1. I am an attorney licensed to practice in the state of Nevada before the state and federal Courts since 1990. I have personal knowledge of the matters stated herein.

2. Debtor filed this application for relief under chapter 11 of the Bankruptcy Code on August 4, 2023 as a small business bankruptcy case under Subchapter V of Chapter 11. (See ECF Document No. 1).

3. On March 12, 2024, the bankruptcy Court granted the Application to Employ Mark W. Patterson, Esq. as attorney for Debtor in this matter pursuant to 11 U.S.C. §327(a). (See ECF Document 58).

4. Prior to filing bankruptcy, Debtor paid a retainer fee of $25,000 to Patterson &

Associates. Prior to the filing of this bankruptcy, the firm drew down on the retainer in the amount of $2,800 for pre-petition services, and a balance of $22,200 remained in trust at the time of filing of this case.

5. The firm of Patterson & Associates, LTD. has provided services in regard to this case as follows:

| | |
|---|---|
| Prepare post-petition forms and schedules amended schedules and give notice of same | 9.5 hours |
| Prepare for and attend post filing conference with U.S. Trustee / Production of documents to U.S. Trustee | 8.5 hours |
| Chapter 11 Status Report and Proposed Budget | 2.9 hours |
| 341 Meeting, communications with creditors | 11.2 hours |
| Status conferences with Court | 14.1 hours |
| Monthly Operating Reports and Form 426 Filings | 7.1 hours |
| Plan and Disclosure Statement | 4.7 hours |
| Discovery and 2004 Examination | 12.8 hours |
| Adversary Proceeding and Pending Litigation | 5.4 hours |
| Applications to Employ | 24.4 hours |
| Applications for Administrative Expenses, Fees and Costs | 10.7 hours |
| Conversion to Chapter 7 | 5.9 hours |
| Communication with Debtor and Professionals | 11.1 hours |
| Total | 128.3 hours |

A true and correct copy of the billing statement of Patterson and Associates, Ltd. is attached hereto.

Dated this 9th day of July, 2024.

/s/ Mark W. Patterson
Mark W. Patterson, Esq.
*Attorney for Debtor*