**Patterson & Associates, Ltd.**
8275 South Eastern Avenue
Suite 200
Las Vegas, Nevada 89123
(702)239-6424

# Invoice

| Date | Invoice # |
|---|---|
| 7-9-24 | |

| Bill To: |
|---|
| Brian S. Sciara<br>Case No. 23-13265-ABL |

| | | |
|---|---|---|
| | | |

| Date | Attorney | Description | Rate | Time | Amount |
|---|---|---|---|---|---|
| 8/4/23 | MWP | prepared and filed notice of filing bankruptcy in 8th judicial district court case (.5) faxed notice of filing bankruptcy to sheriff (.2) emailed notice of filing bankruptcy to peter mortenson with request to notify US district court of bankruptcy filing (.2) emailed client bankruptcy filed and instructions to open DIP accounts (.2) emailed notice of bankruptcy to teri pham with request to notify NV Supreme Court of bankruptcy filing (.2) calendered filing dates for case (.3) | $350 | 1.6 | $560.00 |
| 8/6/23 | MWP | received and reviewed notice of meeting of creditors (.1); calendared dates (.2) | $350 | 0.3 | $105.00 |
| 8/7/23 | MWP | Teleconference with client (.2); received and reviewed notice of deficient filing calendar all deadlines (.2); sent email to client (.2); teleconf with Bruce Gardiner, CPA, re request to provide accounting services to debtor (.5); teleconference with client (.3) received email from Teri Pham re refusal to file notice of filing bankruptcy(.1); t/c w/ peter mortenson re filing notice in NV Supreme Court (.2); received email from peter mortenson confirming notice has been filed (.1) received and reviewd UST's initial debtor interview email and document request(.2); calendared related dates (.2); sent reply to UST acnowledging receipt of request (.1). | $350 | 2.3 | $805.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/8/23 | MWP | Teleconf w/ CPA Bruce Gardiner re accounting services (.4) sent email to Bruce Gardiner re same (.1); receipt & review email from bruce gardiner (.1) | $350 | 0.6 | $210.00 |
| 8/9/23 | MWP | Receipt and review email from Bruce Gardiner (.1); Receipt and review scheduling order from court (.2) calendar hearing date (.1) | $350 | 0.4 | $140.00 |
| 8/11/23 | MWP | sent email to client re case status and hearing date (.2); sent email to client re US Trustee's document request and transmit all attachments to client (.2); | $350 | 0.4 | $140.00 |
| 8/17/23 | MWP | Prepared remaining forms and schedules for debtor (2.0) Sent drafts of forms and scheduls to client for review with questions for completion (.3) | $350 | 2.3 | $805.00 |
| 8/18/23 | MWP | teleconf with client (.2); receipt client's comments re revisions to forms and schedules (.2) revise draft of schedules and file same (1.5) | $350 | 1.9 | $665.00 |
| 8/21/23 | MWP | sent email to client (.1); mailed notice of filing bankruptcy to new creditors (.5); prepared and filed certificate of service of doc ECF 5 and 6 on new creditors (.2). | $350 | 0.8 | $280.00 |
| 8/22/23 | MWP | receipt and review court clerk's amended description of doc ECF 17 (.1); research re form J2 applicability to case (.2) | $350 | 0.3 | $105.00 |
| 8/23/23 | MWP | teleconference with client (.3); preparation of initial disclosure form and exhibits (2.0); receipt and review email from CPA re retention terms (.1); teleconference with client (.3); receipt and review documents from client re initial document request from CPA (.4);submitted disclosure sheet and all available documents to US Trustee (.5) | $350 | 3.6 | $1,260.00 |
| 8/28/23 | MWP | receipt and review email from Bruce Gardiner CPA with retainer agreement (.2); email to Bruce Gardiner re same (.1); request bank statements from client via text (.1) | $350 | 0.4 | $140.00 |
| 8/29/23 | MWP | teleconf with client (.3) | $350 | 0.3 | $105.00 |
| 8/30/23 | MWP | teleconf with client (.1) | $350 | 0.1 | $35.00 |
| 8/31/23 | MWP | teleconf with client (.3) prepare for and attend trustee conference with client(1.5); receipt and review bank statements from client (.3); receipt and review signed retainer agreement for Bruce Gardiner (.1) | $350 | 1.2 | $420.00 |
| 9/1/23 | MWP | teleconf with client(.2) and email client form 426(.1) | $350 | 1.4 | $490.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | prepared and filed form 426 (1.0); prepared and filed certificate of notice (.2) | | | |
| 9/4/23 | MWP | email to client (.2) | $350 | 0.2 | $70.00 |
| 9/5/23 | MWP | teleconf with client (.2) reviewed documents from client (.5); produced documents to US trustee; (.2) | $350 | 0.9 | $315.00 |
| 9/6/23 | MWP | teleconf with Bruce Gardiner re scope of accounting work (.3); sent msg to client re reminder re 341 meeting date and time (.1); receipt and review tax record from client (.2); produce tax records to US Trustee (.2) | $350 | 0.8 | $280.00 |
| 9/7/23 | MWP | teleconf with client (.5); prepare for and attend 341 meeting of creditors with client - mtg; continued on 9-14-23 (1.5); received email from UST requesting additional debtor documents (.2); sent email to client (.2); sent txt to client re continued 341 mtg(.1) prepared and filed amended schedules D/E/F, summary and amended matrix adding creditors (.9); prepared and filed amended matrix adding creditors (.3); prepared and filed certificate of service of same(.2); served notice of continued meeting of creditors (.3) | $350 | 4.2 | $1,470.00 |
| 9/8/23 | MWP | teleconf with client (.4); prepare and file chapter 11 status report with proposed budget (2.0); receipt and review bank statements from client (.5) | $350 | 2.9 | $1,015.00 |
| 9/10/23 | MWP | produced additional bank statements to US Trustee (.2) | $350 | 0.2 | $70.00 |
| 9/13/23 | MWP | teleconf with client (.3); prepare for and attend status hearing with court (1.2). receipt and review minute order from court(.1) | $350 | 1.6 | $560.00 |
| 9/14/23 | MWP | teleconf with client (.5) prepare for 341 meeting (.4); attend 341 meeting with trustee (1.5) receipt and review proofs of claim #3 & 4 AMEX (.2) receipt and review notice of continued 341 meeting (.1) | $350 | 2.7 | $945.00 |
| 9/20/23 | MWP | work on monthly operating report (.3); email client copy of monthly operating report to client with instructions (.2) | $350 | 0.5 | $175.00 |
| 9/25/23 | MWP | receipt and review order for 2004 examination(.1) and notice of entry of same(.1); email to client (.2) | $350 | 0.4 | $140.00 |
| 9/26/23 | MWP | receipt and review email from MICAMP re notice of 2004 examination and document request(.2);sent email to client(.1) | $350 | 0.3 | $105.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/27/23 | MWP | teleconf with client(.3) receipt and review proof of claim #5 Pack CPA(.2); prepared amended schedules and SOFA per US Trustees request(1.2); sent amended schedules to client for review and approval (.2); receipt and review draft of monthly operating report from client - incomplete (.2); teleconf with client re deficiencies to operating report (.2); receipt and review proof of claim #6 Pack CPA(.1); filed amended schedules and SOFA(.2); receipt and review email from client (.1) | $350 | 3.6 | $1,260.00 |
| 9/28/23 | MWP | teleconf with client (.2); prepare for continued 341 meeting (.5); attend continued 341 meeting - concluded (.7); receipt and review notice from US Trustee 341 meeting concluded(.1) | $350 | 1.5 | $525.00 |
| 9/29/23 | MWP | receipt and review motion for partial summary judgment in pending federal court litigation involving client(.3); email Peter mortenson re response to same(.2); | $350 | 0.5 | $175.00 |
| 9/30/23 | MWP | sent email to client (.1) | $350 | 0.1 | $35.00 |
| 10/3/23 | MWP | teleconference with client (.3); teleconf with counsel for Micamp re scheduling 2004 exam (.2); email to opposing counsel confirm stiplulation continue 2004 exam(.2) | $350 | 0.7 | $245.00 |
| 10/5/23 | MWP | receipt and review notice of vacating 2004 exam(.1) | $350 | 0.1 | $35.00 |
| 10/8/23 | MWP | receipt and review email from SBA re loans to debtor's company(.1) | $350 | 0.1 | $35.00 |
| 10/16/23 | MWP | email to client (.1) | | | |
| 10/18/23 | MWP | teleconf with client (.2); receipt and review documents from client responsive to pending document request(.5) | $350 | 0.7 | $245.00 |
| 10/19/23 | MWP | teleconf with client(.1); exchange emails with client (.2) | $350 | 0.3 | $105.00 |
| 10/20/23 | MWP | receipt and review additional documents from client (.5); teleconf with client re discovery(.2); prepare written responses to Micamp discovery requests (3.5); serve responses on opposing counsel via receipt of copy(1.0) | $350 | 5.2 | $1,820.00 |
| 10/30/23 | MWP | receipt and review proof of claim from Best Egg (.1) | $350 | 0.1 | $35.00 |
| 11/6/23 | MWP | receipt and review adversary complaint from Sprout Fin.(.3) | $350 | 0.6 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | teleconf with client(.2) email to client(.1) | | | |
| 11/9/23 | MWP | receipt email from US Trustee re delinquent quarterly fee(.1) email to client(.1); receipt review confirmation of payment(.1) | $350 | 0.2 | $70.00 |
| 11/13/23 | MWP | teleconf with client(.2); receipt and review email from client to Bruce Gardiner(.1) | $350 | 0.2 | $70.00 |
| 11/14/23 | MWP | receipt and review email from Bruce Gardiner declining representation(.1) teleconference with client(.2) | $350 | 0.3 | $105.00 |
| 11/15/23 | MWP | receipt and review email from bruce gardiner(.1) | $350 | 0.1 | $35.00 |
| 11/16/23 | MWP | receipt and review email from client(.1) | $350 | 0.1 | $35.00 |
| 11/17/23 | MWP | receipt and review discovery dispute letter from Micamp(.2) | $350 | 0.2 | $70.00 |
| 11/21/23 | MWP | receipt and review email from Bruce Gardiner(.1) | $350 | 0.1 | $35.00 |
| 11/22/23 | MWP | sent email to client (.2) | $350 | 0.2 | $70.00 |
| 11/27/23 | MWP | exchange emails with client(.3); receipt and review summons scheduling order and cert of service of adversary complaint (.2); teleconf with client(.1); teleconf w/ peter mortenson (.2) | $350 | 0.8 | $280.00 |
| 11.28.23 | MWP | receipt and review client's answer to adversary complaint(.2) sent email to client(.2). | $350 | 0.4 | $140.00 |
| 11/29/23 | MWP | sent email to peter mortenson w/ client's answer to complaint (.2); teleconf with client(.3) | $350 | 0.5 | $175.00 |
| 12/1/23 | MWP | receipt and review claim of scrow and roger (claim #9)(.1) | $350 | 0.1 | $35.00 |
| 12/4/23 | MWP | receipt and review additional documents from client(.5); t/c with client(.1); produce additional documents to Micamp counsel via email(.2); receipt and review proof of claim from Micamp(.1) | $350 | 0.9 | $315.00 |
| 12/5/23 | MWP | receipt and review proof of claim from Enenstein, Pham and Glass; (.1) | $350 | 0.1 | $35.00 |
| 12/6/23 | MWP | receipt and review proof of claim from sprout financial(.1) | $350 | 0.1 | $35.00 |
| 12/11/23 | MWP | emailed copies of all proof of claims to client(.2); teleconf with client (.3); email to mortenson and raffie (.1) receipt and review retainer agreement from mortenson and rafie(.1) | $350 | 0.7 | $245.00 |
| 12/12/23 | MWP | receipt and review email from client(.1) | $350 | 0.1 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/13/23 | MWP | teleconf with client(.3); prepare for status hearing(.5); attend status hearing with Court(1.0); receipt and review minute order(.1); receipt and review draft of engagement letter from David Horwedel(.2); teleconference with Horwedel re scope of accounting services needed(.5) | $350 | 2.6 | $910.00 |
| 12/29/23 | MWP | teleconference with client (.2); receipt and review email from client(.1) | $350 | 0.3 | $105.00 |
| 1/7/24 | MWP | receipt and review email from accountant(.1) | $350 | 0.1 | $35.00 |
| 1/15/24 | MWP | prepare application to employ Mark Patterson as counsel with declaration and proposed order(5.0) | $350 | 5 | $1,750.00 |
| 1/16/24 | MWP | teleconf with client(.2); teleconf with David Horwedel(.2); prepare application to employ David Horwedel as accountant with declaration and proposed order (4.4) receipt signed declaration from accountant(.1); | $350 | 4.9 | $1,715.00 |
| 1/17/24 | MWP | teleconf with client(.2); prepare for status hearing (1.0) attend status hearing with court (3.0) | $350 | 4.2 | $1,470.00 |
| 1/19/23 | MWP | prepare and file notice of hearing re application to employ counsel (.2); prepare and file certificate of service (.2); prepare and file notice of hearing re application to employ accountant (.2); prepare and file certificate of service(.2) | $350 | 0.8 | $280.00 |
| 1/22/24 | MWP | receipt and review notices of hearing re applications to employ(.1) | $350 | 0.1 | $35.00 |
| 1/23/24 | MWP | exchange emails with counsel for creditor Sprout re adversary proceeding (.2) | $350 | 0.2 | $70.00 |
| 1/24/24 | MWP | teleconf with client (.1); teleconf with David Horwedel re scope of accounting work required(.5) | $350 | 0.6 | $210.00 |
| 1/25/24 | MWP | follow up re preparation of monthly operating reports and teleconf with client and david horwedel (.3) | $350 | 0.3 | $105.00 |
| 1/29/24 | MWP | draft plan and disclosure statement (1.5); teleconference with client(.2) review financial records available and follow up with David Horwedel re needed financial statements(1.0) receipt and review notices of hearing (.2) | $350 | 2.9 | $1,015.00 |
| 2/1/24 | MWP | review status of quarterly trustee fee payment; sent email to client(.2) | $350 | 0.2 | $70.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/7/24 | MWP | receipt and review email from opposing counsel for Sprout re scheduling Rule 26 conference (.1); teleconf with client(.1) sent email to opposing counsel (.1) | $350 | 0.3 | $105.00 |
| 2/9/24 | MWP | exchange email with opposing counsel re scheduling rule 26 conference(.2); receipt and review email from US Trustee requesting operating reports and quarterly fee; (.1) sent email to client (.1) | $350 | 0.4 | $140.00 |
| 2/12/24 | MWP | receive and review email from US Trustee re delinquent operating reports(.1); sent email to client(.1); receipt and review emails from client (.2) | $350 | 0.4 | $140.00 |
| 2/13/24 | MWP | receipt and review email from opposing counsel (.1) | $350 | 0.1 | $35.00 |
| 2/20/24 | MWP | exchange email with client(.2); prepare for hearing on applications to employ(.5); attend hearing on applications to employ(1.0); teleconference with client(.1) | $350 | 1.8 | $630.00 |
| 2/29/24 | MWP | follow up re preparation of from 426 and teleconference with client(.3); receipt draft of same from client(.1) review and file form 426 (.2); teleconf with client (.1) sent email to David Horwedel re preparation of quarterly reports(.1) | $350 | 0.8 | $280.00 |
| 3/1/24 | MWP | teleconf with peter mortenson re adversary proceeeding(.1) | $350 | 0.1 | $35.00 |
| 3/4/23 | MWP | receipt review email from david horwedel re form 426(.1) | $350 | 0.1 | $35.00 |
| 3/5/24 | MWP | teleconf with client(.1); teleconf with opposing counsel re adversary proceeding(.1) | $350 | 0.2 | $70.00 |
| 3/6/24 | MWP | sent email to client(.1) | $350 | 0.1 | $35.00 |
| 3/7/24 | MWP | receipt and review email from client(.1) | $350 | 0.1 | $35.00 |
| 3/8/24 | MWP | receipt and review email from opposing counsel re adversary proceeding(.1) sent email to opposing counsel responding to same(.1); Prepared and sent email to Peter Mortenson re scheduled FRCP 26 conference(.1); teleconf with peter mortenson(.2); sent email to client(.1) | $350 | 0.6 | $210.00 |
| 3/11/24 | MWP | teleconf with peter mortenson re pending retention(.1) prepare and submit order on application to employ counsel(.3) prepare and submit order on application to employ accountant (.3). | $350 | 0.7 | $245.00 |
| 3/12/24 | MWP | continue drafting plan of reorganization (1.0) | $350 | 1.6 | $560.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | teleconf with peter mortenson re status hearing (.2) email to client(.1) receipt and review orders granting applications to employ (.1); sent email to david horwedel transmit copy of order(.1)receipt email from client(.1) | | | |
| 3/13/24 | MWP | continue drafting disclosure statement (.5); teleconf with david horwedel re status of accounting(.2); prepare for status hearing (.5); attend status hearing with court (1.0) teleconf with client re case status(.1) sent email to david horwedel re request for operating reports(.2) | $350 | 2.5 | $875.00 |
| 3/15/24 | MWP | receipt and review minute order from court(.1) | $350 | 0.1 | $35.00 |
| 3/16/24 | MWP | receipt and review email from accountant re operating reports (.1). | $350 | 0.1 | $35.00 |
| 3/22/24 | MWP | receipt and review email from peter mortenson to client(.1) teleconf with peter mortenson re application to employ(.2); receipt and review email from client (.1); sent email to peter mortenson re status hearing(.1) | $350 | 0.5 | $175.00 |
| 3/25/24 | MWP | follow up re preparation of operating reports and teleconf with client(.2) | $350 | 0.2 | $70.00 |
| 4/2/24 | MWP | receipt and review email from client(.1) | $350 | 0.1 | $35.00 |
| 4/3/24 | MWP | receipt and review email from peter mortenson(.1) | $350 | 0.1 | $35.00 |
| 4/8/24 | MWP | receipt and review email from peter mortenson to debtor(.1) teleconf with brian sciara(.2) | $350 | 0.3 | $105.00 |
| 4/9/24 | MWP | receipt and review email from UST re delinquent operating reports(.1); teleconf with peter mortenson re preparation for status hearing(.2) | $350 | 0.3 | $105.00 |
| 4/10/24 | MWP | receipt and review emails from client(.2); follow re delinquent operating reports and correspondence with client(.2) sent email to US Trustee re request for delinquent operating reports(.1) | $350 | 0.5 | $175.00 |
| 4/11/24 | MWP | teleconf with client(.2) | $350 | 0.2 | $70.00 |
| 4/12/24 | MWP | teleconf with david horwedel re status of accounting and monthly operating reports(.3) | $350 | 0.3 | $105.00 |
| 4/16/24 | MWP | receipt and review email from client(.1) | $350 | 0.1 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/17/24 | MWP | draft application to employ mortenson and rafie, declaration and proposed order (5.0) | $350 | 5 | $1,750.00 |
| 4/23/24 | MWP | follow up re preparation of monthly operating reports and correspondence with client re instructions for same(.3) | $350 | 0.3 | $105.00 |
| 4/24/24 | MWP | receiept and review letter from US bank re check from client dishonored due to insufficient funds(.2); teleconf with client(.2)email to UST re status of monthly operating reports(.1) teleconf with david horwedel re instructions for preparing monthly operating reports(.5) | $350 | 1 | $350.00 |
| 4/25/24 | MWP | receipt and review partial drafts of aug and sept 2023 operating reports from client (incomplete)(.3); teleconf with client(.2) | $350 | 0.5 | $175.00 |
| 5/2/24 | MWP | follow up re payment of quarterly fee with client(.1) | $350 | 0.1 | $35.00 |
| 5/6/24 | MWP | sent email to client(.1) | $350 | 0.1 | $35.00 |
| 5/7/24 | MWP | receipt and review confirmation of payment of quarterly UST fee(.1) | $350 | 0.1 | $35.00 |
| 5/8/24 | MWP | receipt and review final draft of Aug 2023 operating report and file same(.2); sent email to client(.1); telecon with David Horwedel re status of 2022 / 2023 financial reports and tax returns(.2) telecon with peter mortenson re motion to employ(.2); prepare for status hearing with court(.5) attend status hearing with court(1.0)telecon with client(.1) | $350 | 2.3 | $805.00 |
| 5/9/24 | MWP | receipt and review email and correspondence from RCharles requesting updated document production(.2); prepared and sent email to RCharles responding to email(.3); sent email to client(.2); receipt and review email from RCharles responding to email (.1) | $350 | 0.8 | $280.00 |
| 5/13/24 | MWP | teleconf with david horwedel re status of accounting and needed revisions to aug 23 operating report(.2); teleconf with peter mortenson re status of adversary case(.1) revise draft of declaration in support of application to employ mortenson and rafie(.5); receive signed declaration (.1) file application to employ and notice of hearing re same(.2) sent email to peter mortenson re same(.1) sent email to client(.1) | $350 | 1.3 | $455.00 |
| 5/14/24 | MWP | receipt and review notice of hearing(.1); | $350 | 0.1 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/16/24 | MWP | received email from david horwedel(.1) | $350 | 0.1 | $35.00 |
| 5/17/24 | MWP | receipt and review notice of hearing(.1) | $350 | 0.1 | $35.00 |
| 5/24/24 | MWP | received and reviewed email from UST requesting updated proof of home insurance(.1); sent email to client(.1) | $350 | 0.2 | $70.00 |
| 5/27/24 | MWP | teleconference with with client; client decided to convert case to chapter 7(.5) | $350 | 0.5 | $175.00 |
| 5/28/24 | MWP | receipt and review amended monthly operating report for 08.23 and operating report for 09.23(.2); teleconf with david horwedel re status of financial statements(.2); | $350 | 0.4 | $140.00 |
| 5/30/24 | MWP | receipt and file monthly operating report for 09/2023 and file same(.2); preparation of conversion to chapter 7 review impact on case and analysis of same (.5) | $350 | 0.7 | $245.00 |
| 6/3/24 | MWP | receipt and review trustee's objection to application to employ (.3); teleconf with peter mortenson re trustee's objection (.2) teleconf with Ed Mc Donald re meet and confer re US Trustee's objections and proposed resolution(.2); prepared and sent email to UST re proposed resolution to trustee's objections(.4) | $350 | 1.1 | $385.00 |
| 6/6/23 | MWP | exchange emails with US Trustee re offer to resolve objection to application for employment(.2); receipt and review motion to convert to chapter 7 (.5); sent email to client(.2) | $350 | 0.9 | $315.00 |
| 6/7/23 | MWP | receipt and review joinder(.1) | $350 | 0.1 | $35.00 |
| 6/9/23 | MWP | receipt and review notice of hearing (.1) | $350 | 0.1 | $35.00 |
| 6/11/23 | MWP | sent email client (.1) receipt and review certificate of service(.1) | $350 | 0.2 | $70.00 |
| 6/12/23 | MWP | receipt and review email from US Trustee re request for insurance(.1); receipt and review email from US trustee requesting revisions to monthly operating reports(.1); sent reply acknowledgment to US Trustee(.1) sent email to client(.1); prepare for status hearing with court(.5) teleconf with US Trustee re meet and confer on application to employ(.2); teleconf with peter mortenson (.1); receipt and review updated homeowner insurance policy from client(.1); email copy of homeowner's insurance policy to US Trustee(.1); attend status hearing (3.0) prepared and sent email to client(.1); | $350 | 4.8 | $1,680.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | receipt and review email from US Trustee acknowledging receipt of insurance policy(.1); receipt and review minute entry from court(.1) | | | |
| 6/13/23 | MWP | follow up re corrections to monthly operating reports, email to client and david horwedel(.2); sent email to US Trustee acknowledge request for revisions to operating reports(.1) prepare and file certificate of service of application to employ (.1). | $350 | 0.4 | $140.00 |
| 6/14/23 | MWP | receipt and review email from mortenson and raffie transmitting copy of refund check(.1); sent copy of refund check to US Trustee via email(.1) | $350 | 0.2 | $70.00 |
| 6/17/23 | MWP | prepared and sent email to client(.1); prepare for hearing on application to employ(.5); attend hearing on application to employ(1.5) | $350 | 2.1 | $735.00 |
| 7/1/24 | MWP | teleconf with peter mortenson re request for billing statement (.1); sent email to client(.1) | $350 | 0.2 | $70.00 |
| 7/2/24 | MWP | receipt and review email from david horwedel(.2); receipt and review email with invoices from mortenson(.1) teleconf with David Horwedel requesting copies of billing statements(.1); follow up re conversion to chapter 7 and teleconf with Brian Sciara(.2) | $350 | 0.6 | $210.00 |
| 7/5/24 | MWP | sent email message to client(.1); prepare notice of conversion and declaration in support and draft order (2.0); sent email to client requesting review and signature on ch 7 trustee questionnaire, etc.(.3); email to client requesting copies of invoices from david horwedel(.1); teleconf with client - no invoices received from david horwedel (.2) | $350 | 2.7 | $945.00 |
| 7/6/24 | MWP | receipt and review signed declaration in support of conversio to ch 7, trustee questionnaire and retainer agreement(.1); prepare draft of certificate of service of notice of conversion to chapter 7(.2); prepare revised draft of order granting application for employment(.3); sent draft of order to US trustee for review and approval (.1) | $350 | 0.7 | $245.00 |
| 7/7/24 | MWP | prepare application for fees and costs - mark patterson(2.0) prepare application for fees and costs - mortenson and rafie (.5). | $350 | 7 | $2,450.00 |
| 7/8/24 | MWP | sent email to david horwedel requesting copy of invoice (2nd request)(.1); teleconf with peter mortenson re | $350 | 2.2 | $770.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | application for approval of fees(.1); draft declaration of peter mortenson in support of application for fees(1.0); transmit declaration to peter mortenson (.1); receipt and review email from UST approving draft of order to employ(.1); upload order granting application(.1); receipt and review motion to convert by US Trustee (.5); receipt and review notice of hearing re motion to convert(.1); receipt and review signed declaration from Peter Mortenson(.1); file application for fees for mortenson and rafie (.1). | | | |
| 7/9/24 | MWP | prepare application for approval of fees for mark patterson and supporting exhibits(5.0); receipt and review order granting application to employ (.1); sent copy of order granting to mortenson (.1); email to client (.1); transmit filed motion for approval of fees to mortenson(.1) | $350 | 5.4 | $1,890.00 |

| | | |
|---|---|---|
| Total Hours: 128.3 | Total Fees: | $44,905 |
| | Balance on Retainer: | ($22,200) |
| | Balance Due: | $22,705 |