MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 239-6424
Email: mpatterson@pattersonassociateslaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, I served a copy of the following document: NOTICE OF CONVERSTION TO CHAPTER 7 (ECF Document 85) through the Court's CM/ECF electronic mail (e-mail) on system on the United States Trustee and all other parties in interest who have filed a request therefor, including:

JENNIFER WILLIS ARLEDGE on behalf of Creditor Sgro & Roger
jarledge@sgroandroger.com, efile@sgroandroger.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Holdings, LLC
rcharles@lewisroca.com,BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Solutions, LLC
rcharles@lewisroca.com,BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

TIMOTHY A LUKAS on behalf of Creditor STEPHEN CAMPBELL
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Plaintiff SPROUT FINANCIAL LLC
ecflukast@hollandhart.com

DATED this 9th day of July, 2024.

By: /s/*Mark W. Patterson, Esq*.
Mark W. Patterson, Esq. (Bar No. 4022)
*Attorney for Debtor*