MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
PATTERSON & ASSOCIATES, LTD.
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-5650
Facsimile: (888)972-6681
Email: mpatterson@pattersonassociateslaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| In re<br>BRIAN SEBASTIAN SCIARA<br>Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 11<br>Hearing Date: August 21, 2024<br>Hearing Time: 1:30pm |

**NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS FOR SERVICES RENDERED BY MORTENSON AND RAFIE, LTD.**

***NOTICE IS HEREBY GIVEN that the APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS FOR SERVICES RENDERED BY MORTENSON AND RAFIE, LTD. was filed by Debtor in the above-captioned matter and is set for hearing on August 21, 2024 at 1:30pm. The Motion seeks the following relief: For an Order Approving Attorney's Fees and Costs for Services Rendered by Mortenson and Rafie, Ltd. on behalf of Debtor. Any opposition must be filed pursuant to Local Rule 9014(d)(1).***

NOTICE IS FURTHER GIVEN THAT if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then

you must file an opposition to the Motion with the Court, and serve a copy on the person making the Motion, no later than 14 days prior to the hearing on the Motion. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served no later than 5 business days prior to the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested you *must* file a **WRITTEN** response to this motion with the Court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN THAT pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held on August 21, 2024 at 1:30pm. Parties are permitted to appear telephonically by dialing (669) 254-5252; meeting ID 161 110 6049; passcode 154251#.

If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the Court participation number and access code. You may view the Court calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated July 10, 2024

Submitted by:

/s/ Mark W. Patterson, Esq.

Mark W. Patterson, Esq.
*Attorney for Debtor*