UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

In re:
  BRIAN SEBASTIAN SCIARA,
        Debtor(s).

Case No.: 23-13265
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 07/08/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

MOTION OF THE U.S. TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE, AND RESERVATION OF RIGHTS  - ECF 80

DECLARATION OF ALISA WONGVASINKUL IN SUPPORT OF THE   MOTION OF THE U.S. TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE, AND RESERVATION OF RIGHTS  - ECF 80-1

NOTICE OF HEARING ON MOTION OF THE U.S. TRUSTEE, PURSUANT TO 11   U.S.C. § 1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f)   AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE, AND RESERVATION OF RIGHTS - ECF 81

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/08/2024

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

## Exhibit A - Certificate of Service
## BRIAN SEBASTIAN SCIARA 23-13265

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 17229 | AMERICAN EXPRESS , P.O. BOX 60189, CITYINDUSTRY, 91716-0189 | First Class |
| 17229 | AMERICAN EXPRESS NATIONAL BANK , C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA, 19355-0701 | First Class |
| 17229 | BANK OF AMERICA , P.O. BOX 851001, DALLAS, TX, 75285-1001 | First Class |
| 17229 | BEST EGG , P.O. BOX 42912, PHILADELPHIA, PA, 19101-2912 | First Class |
| 17229 | BRIAN SEBASTIAN SCIARA , 712 PONT CHARTRAIN DR, LAS VEGAS, NV, 89145-8629 | First Class |
| 17229 | Clark County Assessor , c/o Bankruptcy Clerk, 500 S. Grand Central Pkwy, Box 551401, Las Vegas, NV, 89155-1401 | First Class |
| 17229 | Clark County Treasurer , c/o Bankruptcy Clerk, 500 S. Grand Central Parkway, Box 551220, Las Vegas, NV, 89155-1220 | First Class |
| 17229 | DAVID HORWEDEL , EA OF TORCHLIGHT TAX AND FIN SOLUTIONS, 9788 GILESPIE STREET, LAS VEGAS, NV, 89183-7604 | First Class |
| 17229 | Dept. of Employment, Training & Rehab , Employment Security Division, 500 East Third Street, Carson City, NV, 89713-0002 | First Class |
| 17229 | ENENSTEIN PHAM & GLASS LLP , 11920 Southern Highlands Parkway, Suite, LAS VEGAS, NV 89141, LAS VEGAS, NV, 89141-3272 | First Class |
| 17229 | ENESTEIN PHAM & GLASS , 11920 SOUTHERN HIGHLANDS PKWY, SUITE 103, LAS VEGAS, NV, 89141-3273 | First Class |
| 17229 | ENESTEIN PHAM & GLASS , 12121 WILSHIRE BOULEVARD, LOS ANGELES, CA, 90025-1188 | First Class |
| 17229 | Internal Revenue Service , P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 17229 | INTERNAL REVENUE SERVICE , CENTRALIZED INSOLVENCY OPERATION, POST OFFICE BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 17229 | MARK W PATTERSON, PATTERSON & ASSOCIATES, LTD., 8275 SOUTH EASTERN AVENUE, SUITE 200, LAS VEGAS, NV, 89123 | First Class |
| 17229 | MARK W PATTERSON , PATTERSON & ASSOCIATES, LTD., 8275 SOUTH EASTERN AVENUE, SUITE 200, LAS VEGAS, NV, 89123-2545 | First Class |
| 17229 | MiCamp Holdings, LLC , 3993HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV, 89169-5996 | First Class |
| 17229 | MICAMP HOLDINGS, LLC , C/O HOLLAND AND HART, LLP, 9555 HILLWOOD DRIVE, 2ND FLOOR, LAS VEGAS, NV, 89134-0532 | First Class |
| 17229 | MiCamp Solutions, LLC , 3933 HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV, 89169 | First Class |
| 17229 | MICAMP SOLUTIONS, LLC , C/O HOLLAND AND HART, LLP, 9555 HILLWOOD DRIVE, 2ND FLOOR, LAS VEGAS, NV, 89134-0532 | First Class |
| 17229 | MiCamp Solutions, LLC and MiCamp Holdings, L, c/o Robert M. Charles, Jr., Lewis Roca Rothgerber Christie LLP, One South Church Avenue, Suite 2000, Tucson, AZ, 85701-1611 | First Class |
| 17229 | Nevada Department of Taxation , Bankruptcy Section, 555 E. Washington Ave. Suite 1300, Las Vegas, NV, 89101-1046 | First Class |
| 17229 | PACK CPA , PO BOX 1878, OVERTON, NV, 89040-1878 | First Class |
| 17229 | PACK CPA , PO BOX 1878, BOX 1878, OVERTON, NV, 89040-1878 | First Class |
| 17229 | PATTERSON & ASSOCIATES, LTD. , 8275 SOUTH EASTERN AVENUE, SUITE 200, LAS VEGAS, NV, 89123-2545 | First Class |
| 17229 | PENTAGON FEDERAL C.U. , 2930 Eisenhower Avenue, Alexandria, VA, 22314-4557 | First Class |
| 17229 | Resurgent Capital Services as servicing agen, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 | First Class |
| 17229 | Robert M. Charles, Jr., Esq., LEWIS ROCA ROTHGERBER CHRISTIE LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, LAS VEGAS, NV, 89169 | First Class |
| 17229 | Sgro & Roger , 2901 El Camino Ave, Suite 204, Las Vegas, NV, 89102-4201 | First Class |
| 17229 | SGRO & ROGER , 2901 EL CAMINO AVE, SUITE 204, LAS VEGAS, NV, 89102-4201 | First Class |
| 17229 | Social Security Administration , Office of the General Counsel, Office of Program Litigation: Bankruptcy, 6401 Security Boulevard, Baltimore, MD, 21235-0001 | First Class |
| 17229 | SPROUT FINANCIAL LLC , c/o Timothy A. Lukas, Esq., Holland & Hart LLP, 5441 Kietzke Lane, Second Floor, Reno, NV, 89511-2094 | First Class |
| 17229 | SPROUT FINANCIAL, LLC , C/O HOLLAND AND HEART, LLP, 9555 HILLWOOD DRIVE, 2ND FLOOR, LAS VEGAS, NV, 89134-0532 | First Class |
| 17229 | Stephen Campbell , C/O Timothy A. Lukas, Holland & Hart LLP, 5441 Kietzke Lane, Second Floor, Reno, NV, 89511-2094 | First Class |
| 17229 | STEPHEN CAMPBELL , C/O HOLLAND AND HART, LLP, 9555 HILLWOOD DRIVE, 2ND FLOOR, LAS VEGAS, NV, 89134-0532 | First Class |
| 17229 | STEPHEN CAMPBELL , C/O TIMOTHY A. LUKAS, ESQ., HOLLAND & HART LLP, 5441 KIETZKE LANE, SECOND FLOOR, RENO, NV, 89511-2094 | First Class |
| 17229 | TIMOTHY A. LUKAS, ESQ., HOLLAND & HART LLP, 5470 Kietzke Lane, Suite 100, RENO, NV, 89511 | First Class |
| 17229 | TRAVIS PACK, C.P.A. , 197 EAST CALIFORNIA AVENUE, SUITE 300, LAS VEGAS, NV, 89104-1086 | First Class |
| 17229 | U S  BANK, 4801 FREDERICA STREET, OWENSBORO, KY, 42301-7441 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 17229 | U S  SMALL BUSINESS ADMINISTRATION, 312 N SPRING ST 5TH FLOOR, LOS ANGELES, CA, 90012-4701 | **First Class** |
| 17229 | U.S. SMALL BUSINESS ADMIN , 14925 KINGSPORT ROAD, FORT WORTH, TX, 76155-2243 | **First Class** |
| 17229 | United States Attorney's Office , ATTN: Civil Process Clerk, 501 Las Vegas Blvd South, Ste 1100, Las Vegas, NV, 89101-6521 | **First Class** |
| 17229 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | **First Class** |