Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. 23-13265-abl |
|---|---|
| Brian Sebastian Sciara, | Chapter 11 |
| Debtor. | **Notice of Entry of Order Granting Motion for Conversion of Small Business Case to Chapter 7** |

**PLEASE TAKE NOTICE** that on July 15, 2024 the Court entered the Order Granting Motion for Conversion of Small Business Case to Chapter 7 [ECF #96], a copy of which is attached hereto as **Exhibit 1**.

DATED this 15th day of July, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
        Robert M. Charles, Jr., Bar No. 6593
        RCharles@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8320
    Fax: 702.949.8398

    Attorneys for Creditors
    MiCamp Holdings, LLC and MiCamp Solutions, LLC

125444074.1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on July 15, 2024, I caused to be served a true and correct copy of the **Notice Of Entry Of Order Granting Motion For Conversion Of Small Business Case To Chapter 7** in the following manner:

☒    (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

125444074.1

- 2 -