# EXHIBIT 1



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 15, 2024

Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8320
Fax:   702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

BRIAN SEBASTIAN SCIARA,

Debtor.

Case No. 23-13265-abl
Chapter 11
Hearing Date: July 10, 2024
Hearing Time: 1:30 p.m.

**Order Granting Motion for Conversion of Small Business Case to Chapter 7**

Upon the Motion for Conversion of Small Business Case to Chapter 7 [Dkt #71] of MiCamp Holdings, LLC and MiCamp Solutions, LLC, pursuant to 11 U.S.C. § 1112(b)(1), the matter having been noticed for hearing, no objections having been filed or received, and the Motion having been joined in by Sprout Financial LLC [Dkt #73], after the Court entered findings of fact and conclusions of law on the record at the hearing on July 10, 2024, and good cause appearing,

IT IS ORDERED that:

1.      The Motion is granted.

2.      This bankruptcy case is converted to chapter 7.

**IT IS SO ORDERED.**

125370660.1

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8320
Fax: 702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC
and MiCamp Solutions, LLC

Local Rule 9021 Certification

In accordance with LR 9021, the undersigned certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

 X  I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

MARK W. PATTERSON, ESQ.
Counsel for Debtor
<u>Approved</u> / Disapproved / Failed to Respond:


 LEWIS ROCA ROTHGERBER CHRISTIE LLP

 By: */s/ Robert M. Charles, Jr.*
     Robert M. Charles, Jr., Bar No. 6593
     RCharles@lewisroca.com
     Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

# # #

125370660.1

- 2 -