Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
Email: *edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6602
Attorneys for United States Trustee
Tracy Hope Davis

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**BRIAN SEBASTIAN SCIARA,**<br><br>Debtor. | Case No: BK-S-23-13265-ABL<br>Chapter 7<br><br>Date: August 21, 2024<br>Time: 1:30 p.m.<br>Location: Foley Ctrm. 1, Telephonic |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE U.S. TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i), the U.S. Trustee hereby withdraws the *Motion of the U.S. Trustee, Pursuant to 11 U.S.C. § 1112(b), and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss Chapter 11 Case, and Reservation of Rights* [ECF No. 80] (the "Motion"). No party has filed an answer to the Motion. [*See generally* case docket]. Debtor's case was converted to Chapter 7 on July 15, 2024. [ECF No. 96]. Accordingly, the U.S. Trustee requests that the hearing set for the Motion be vacated.

Date: July 24, 2024

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:  /s/ *Edward M. McDonald Jr.*
Edward M. McDonald Jr., Trial Attorney

1