JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899
Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com

*Proposed Counsel for Shelley D. Krohn, Chapter 7 Trustee*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | Case No. BK-S-23-13265-ABL |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

Shelley D. Krohn, the Chapter 7 Trustee (the "Trustee"), appointed in the above-captioned bankruptcy case (the "Chapter 7 Case") by and through her proposed counsel, the law firm of Fox Rothschild LLP, hereby enters her appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b) and pursuant to Bankruptcy Rules 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with this proceeding by the Court, Debtor, or other parties in interest.   All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to creditors pursuant to Bankruptcy Rule 2002, should be directed to:

Jeanette E. McPherson, Esq.
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Email:  JMcPherson@foxrothschild.com

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the creditor, or (ii) constitute a waiver of any of the following rights

1

160934534.1

of the creditor:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

b.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, whether or not the matter is designated a "core proceeding" pursuant to 28 U.S.C. section 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

d.  Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 25th day of July, 2024.          **FOX ROTHSCHILD LLP**


By:  /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Proposed Counsel for Shelley D. Krohn, Chapter 7 Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

160934534.1