Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:     702.262.6899
Facsimile:     702.597.5503
Email: JMcPherson@FoxRothschild.com
*Proposed Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-S-23-13265-ABL |
| BIRAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **DECLARATION OF JEANETTE E. MCPHERSON IN SUPPORT OF TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER** |

I, Jeanette E. McPherson, declare the following under penalty of perjury:

1.      I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2.      I am an attorney with Fox Rothschild LLP.  Fox Rothschild LLP maintains offices at One Summerlin Plaza, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135.

3.      Fox Rothschild LLP seeks authorization to be retained by Shelley D. Krohn, Chapter 7 Trustee herein, as her legal counsel for the purpose of representing her and the bankruptcy estate as more particularly set forth in the Trustee's Application on file herein.

4.      A summary of the hourly billing rates for Fox Rothschild LLP is attached hereto as **Exhibit A.**

5.      Upon information and belief and to the best of my knowledge, the members of Fox Rothschild LLP and I are disinterested within the meaning of 11 U.S.C. § 101(14) in that Fox Rothschild LLP, its shareholders, counsel, and associates:

(a)      are not creditors, equity security holders, or insiders of the Debtor;

(b)      are not and were not, within two years before the date of the filing of the petition, a director, officer, or employee of Debtor;

- 1 -

160934528.1

(c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason except as stated herein.

6.    Upon information and belief and to the best of my knowledge, neither I, nor any member of Fox Rothschild LLP represent any interest that is adverse to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee in matters upon which it will be engaged as counsel. Fox Rothschild LLP will supplement its disclosures in the event further material connections are discovered regarding persons or entities that later become identified as parties in interest in this matter.

7.    Upon information and belief and to the best of my knowledge, neither I, nor any member of Fox Rothschild LLP have any known connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee in matters upon which it will be engaged as counsel for the Trustee in this case, EXCEPT that:

(a)    I was formerly an attorney with Schwartzer & McPherson Law Firm ("S&MLF") and have represented debtors and creditors in cases where the Trustee may have been the appointed Chapter 7 trustee.  Fox Rothschild LLP has also represented debtors and creditors in cases where the Trustee may have been the appointed Chapter 7 trustee;

(b)    The Trustee regularly employs me, in my previous capacity as an attorney at S&MLF and my current capacity as an attorney at Fox Rothschild to represent her in other unrelated bankruptcy cases in which she is the trustee;

(c)    In my previous capacity as an attorney at S&MLF and my current capacity as an attorney at Fox Rothschild LLP, I have also represented various chapter 7 panel trustees appointed by the Office of the United States

- 2 -

160934528.1

Trustee in other unrelated bankruptcy cases;

(d) My former partner at S&MLF, Lenard E. Schwartzer, is also a Chapter 7 panel trustee appointed by the Office of the United States Trustee;

(e) Fox Rothschild LLP and I have also participated in numerous cases in various capacities with attorneys, and their affiliated law firms, known to be involved in this case;

(f) I am also a Chapter 11 Subchapter V trustee appointed by the Office of the United States Trustee;

(g) Fox Rothschild LLP currently represents or has a connection with the following parties in unrelated matters:

(i) U.S. Bank; and

(h) Fox Rothschild LLP formerly represented or had a connection with the following parties in unrelated matters:

(i) American Express;

(ii) American Express Bank;

(iii) Bank of America;

(iv) Holland & Hart;

(v) Resurgent Capital Services; and

(vi) Social Security Administration.

8. Upon information and belief and to the best of my knowledge, Fox Rothschild LLP has conducted a thorough search using its computerized conflicts check system, based on the information received to date from the Trustee, the Debtor's petition, schedules, statement of financial affairs, and matrix, and that Fox Rothschild LLP's attorneys have made diligent efforts to search Fox Rothschild LLP's records and assemble pertinent information for purposes of this Declaration with respect to Fox Rothschild LLP's connections (if any) with the Debtor's creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. If any additional information is obtained regarding the Debtor's creditors and/or parties in interest, the Trustee will forward

- 3 -

160934528.1

such additional information to Fox Rothschild LLP to run an updated conflict search and I will file a supplement to this Declaration.

9.      I have advised the Trustee that, from time to time, because of the nature of Fox Rothschild LLP's practice, Fox Rothschild LLP may be engaged by one or more of the Debtor's creditors in matters entirely unrelated to this case, or may represent parties adverse to certain creditors in this case on matters entirely unrelated to this case.  Fox Rothschild LLP may represent clients in litigation, transactions, insolvency and other matters throughout the United States, *provided, however*, that any such matter will not relate directly or indirectly to the representation of the Trustee in this case.

10.      Pursuant to Fed.R.Bankr. P. 2014, this Declaration sets forth, to the best of Applicant's knowledge, Fox Rothschild LLP's connections (if any) with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.  The names reviewed to make this determination are set forth in **Exhibit "B."**

11.      The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

12.      No compensation will be paid to Fox Rothschild LLP except as authorized by order of this Court, after notice and an opportunity for a hearing.

13.      In this case, time was spent by Fox Rothschild LLP discussing the current issues in this case with the Trustee prior to submission and approval of the employment Application and reviewing the petition and related documents. This pre-Application work was necessary to determine if engagement of counsel by the trustee (and the expense of an employment application) was economically prudent.  Once it was determined that it was in the interest of the estate to incur the expense of engaging counsel, this Application was prepared and submitted.  This pre-Application work was undertaken for the benefit of the bankruptcy estate and any fees claimed for this period will still be subject to review and approval by the Court if Fox Rothschild LLP seeks compensation for its services pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

- 4 -

160934528.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 6, 2024.

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON.

160934528.1

# EXHIBIT A

### BILLING RATES AS OF JANUARY 1, 2024

ATTORNEYS

Jeanette E. McPherson          (JEM)                    $625

PARALEGALS / LEGAL ASSISTANTS

Angela Hosey                    (AFH)                    $245

160934528.1

**EXHIBIT B**

This information is being provided in connection with the Declaration of Jeanette E. McPherson supporting the Trustee's Application To Authorize Employment And Substitution Of General Counsel.  The following names were reviewed to identify any connection or relationship:

Brian Sebastian Sciara (Debtor)
All Parties Listed on the Petition, Schedules, and Statement of Financial Affairs
All Addresses on the Court's Matrix.

- 7 -

160934528.1