

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 09, 2024

Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503
Email: JMcPherson@FoxRothschild.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>                               Debtor. | Case No.  BK-S-23-13265-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER**<br><br>Hearing Date:  N/A<br>Hearing Time: N/A |

Upon the application of Shelley D. Krohn, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, requesting authority to employ Fox Rothschild LLP (the "Firm") as her counsel herein under general retainer, and it appearing that no notice of a hearing on said application need be given, and it further appearing that the Firm employs attorneys admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that the firm represents no interest adverse to the Trustee or the estate of the debtor in this matter and is disinterested, that its employment is necessary and would be in the best interests of the estate, and good cause appearing, it is hereby

**ORDERED** that that the Trustee's Application is GRANTED; and it is further

- 1 -

160934526.1

**ORDERED** that Trustee is authorized to employ and appoint Fox Rothschild LLP as her counsel in this matter under a general retainer, which may include services provided prior to this Application, with the payment of fees and reimbursement of expenses subject to review and approval of this Court pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

Submitted by:

FOX ROTHSCHILD LLP


/s/ Jeanette E. McPherson
_____
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# # #

- 2 -

160934526.1