Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503
Email:  JMcPherson@FoxRothschild.com
*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>                              Debtor. | Case No.  BK-S-23-13265-ABL<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER** |

NOTICE IS HEREBY GIVEN that an *Order Granting Trustee's Ex Parte Application To Employ Counsel Under General Retainer* [ECF 110] was entered on August 9, 2024, a copy of which is attached hereto.

Dated August 14, 2024.                    **FOX ROTHSCHILD LLP**

                                        By:  /s/ Jeanette E. McPherson
                                        JEANETTE E. MCPHERSON, ESQ.
                                        1980 Festival Plaza Drive, Suite 700
                                        Las Vegas, Nevada 89135

                                        *Counsel for Shelley D. Krohn, Chapter 7 Trustee*

160934529.1



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 09, 2024

Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503
Email: JMcPherson@FoxRothschild.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No.  BK-S-23-13265-ABL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER**<br><br>Hearing Date:  N/A<br>Hearing Time: N/A |

Upon the application of Shelley D. Krohn, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, requesting authority to employ Fox Rothschild LLP (the "Firm") as her counsel herein under general retainer, and it appearing that no notice of a hearing on said application need be given, and it further appearing that the Firm employs attorneys admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that the firm represents no interest adverse to the Trustee or the estate of the debtor in this matter and is disinterested, that its employment is necessary and would be in the best interests of the estate, and good cause appearing, it is hereby

**ORDERED** that that the Trustee's Application is GRANTED; and it is further

- 1 -

160934526.1

**ORDERED** that Trustee is authorized to employ and appoint Fox Rothschild LLP as her counsel in this matter under a general retainer, which may include services provided prior to this Application, with the payment of fees and reimbursement of expenses subject to review and approval of this Court pursuant to 11 U.S.C. §330 and Fed. R. Bankr. P. 2016.

Submitted by:

FOX ROTHSCHILD LLP


/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# # #

- 2 -

160934526.1

**CERTIFICATE OF SERVICE**

1.      I caused to be served a copy of the foregoing *Notice Of Entry Of Order Granting Trustee's Ex Parte Application To Employ Counsel Under General Retainer* by the following means to the persons as listed below:

☒      a.      **By ECF System (On 08/14/2024):**

JENNIFER WILLIS ARLEDGE on behalf of Creditor Sgro & Roger
jarledge@sgroandroger.com, efile@sgroandroger.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Holdings, LLC
rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Solutions, LLC
rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

SHELLEY D KROHN shelley@trusteekrohn.com,
NV27@ecfcbis.com;becca@trusteekrohn.com;brenda@trusteekrohn.com

TIMOTHY A LUKAS on behalf of Creditor SPROUT FINANCIAL LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Creditor Stephen Campbell
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Plaintiff SPROUT FINANCIAL LLC
ecflukast@hollandhart.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7, 7
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Trustee SHELLEY D KROHN
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MARK W PATTERSON on behalf of Debtor BRIAN SEBASTIAN SCIARA
mpatterson@pattersonassociateslaw.com

U.S. TRUSTEE - LV - 7, 7 USTPRegion17.LV.ECF@usdoj.gov

☐      b.      **By United States First Class postage fully prepaid:**

☐      c.      **By United States Certified Mail postage fully prepaid**:

☐      d.      **By Personal Service**

160934529.1

☐ I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ e. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ f. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ g. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 14, 2024.

/s/ Angela Hosey
Angela Hosey