Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8320
Fax:    702.949.8398

Attorneys for Creditors
MiCamp Holdings, LLC and MiCamp Solutions, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 23-13265-abl |
|---|---|
| Brian Sebastian Sciara, | Chapter 11 |
| Debtor. | **Objection to Debtor's Claim of Exemptions** |

MiCamp Holdings, LLC and MiCamp Solutions, LLC ("MiCamp") objects pursuant to 11 U.S.C. § 522 and Bankruptcy Rule 4003 to Debtor's claim of a homestead exemption in the real property identified as 712 Pont Chartrain Drive, Las Vegas, Nevada 89145 (the "Property"). This objection is based upon the Court's record and the record to be developed at the hearing on this motion.

**Background**

MiCamp hold claims against Debtor and timely filed a proof of claim on December 4, 2023.

In Debtor's Schedule E-Claim of Exemptions, filed August 18, 2023 at DE 17, Debtor claimed a $605,000 homestead exemption in the Property, which Debtor valued at $1,500,000. Based upon internet research, it appears that the Property is worth more than $1.5 million and that it has appreciated in the year since Debtor filed the chapter 11 petition in this case.

Debtor disclosed in Schedule D a secured claim on the Property held by U.S. Bank Home Mortgage in the amount of $775,000. U.S. Bank has filed proof of claim No. 7 asserting a secured claim of $795,395.09. Thus, it appears Debtor has more equity in the Property than would be protected by the homestead without objection.

126060657.1

There is no reference in Debtor's schedules or statement of financial affairs of any interest in any trust.

It was not until September 5, 2023 that Debtor complied with requests for information pursuant to Bankruptcy Rule 2004. In that document production, Debtor disclosed that the Property is in fact owned by B.S.A.P. Irrevocable Trust with Glen H. Truitt acting as trustee. The trust acquired the Property pursuant to a Quit Claim Deed recorded on October 13, 2022 at Instrument Number 20221013-0002562, Clark County Recorder's office. Thus, the Property is owned by an irrevocable trust, not Debtor, and arguably may not be claimed as property to which the homestead exemption applies.

Alternatively, because the Trust acquired its interest in the Property on October 13, 2022 by virtue of the Quit Claim Deed, to the extent that this is property that may be claimed as exempt, the exemption may be limited pursuant to Bankruptcy Code § 522(p) to the amount of $189,050 inflation adjusted. Because the interest was acquired within the 1,215 day period preceding the date of the filing of the bankruptcy petition.

<strong>Discussion</strong>

**Timely Objection**. Debtor will argue that under the Ninth Circuit decision in *Smith v. Kennedy (In re Smith)*, 235 F.3d 472 (9th Cir. 2000) and Judge Riegle's decision in *In re Rogers*, 278 B.R. 201 (Bankr. D. Nev. 2002) the 30-day period for objecting to exemptions runs from the original 341 meeting, not the date that is 30 days after the 341 meeting where, as here, the case has been converted from chapter 11 to chapter 7. Respectfully, the Ninth Circuit and Judge Riegle's legal conclusions are erroneous. There is persuasive authority to the contrary. *See e.g., In re Campbell*, 313 B.R. 313 (B.A.P. 10th Cir. 2004); *In re Hopkins*, 317 B.R. 726 (Bankr. E.D. Mich. 2004); *In re Hines*, No. 07-50587, 2008 WL 2783351, at *3 (Bankr. M.D.N.C. July 15, 2008); *In re Saunders*, 440 B.R. 336, 349 (Bankr. E.D. Pa. 2006). MiCamp understands that this Court is bound by the Ninth Circuit's opinion, but in order to preserve the issue for consideration by the Ninth Circuit or above, this objection must be made within 30 days of the August 15, 2024 meeting of creditors under § 341 that was held in this converted chapter 7 case.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

126060657.1

- 2 -

**Debtor Does Not Own The Property.** Debtor claims the homestead in property owned by B.S.A.P. Irrevocable Trust with Glen H. Truitt acting as trustee. The Property does not appear to be property of the estate.

**Recent Transfer**. Section 522(p) limits the homestead exemption in property acquired within the 1215-day period prior to the bankruptcy filing to $189,050.

**Appreciation**. In any event, to the extent that the value of the Property has appreciated during this bankruptcy case, such appreciation should not inure to the benefit of the homestead exemption. MiCamp look forward to the trustee's sale of the Property.

Conclusion

Accordingly, MiCamp requests that this Court enter its order either disallowing Debtor's exemption because the Property is held in a trust, or limiting the exemption to the amount provided in § 522(p)(1) because the property was transferred within the 1,215-day period preceding the date of the bankruptcy filing in this case.

DATED this 12th day of September, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8320
Fax: 702.949.8398

Attorneys for Creditors MiCamp Holdings, LLC
and MiCamp Solutions, LLC

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

126060657.1

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on September 12, 2024, I caused to be served a true and correct copy of the **Notice Of Entry Of Order Granting Motion For Conversion Of Small Business Case To Chapter 7** in the following manner:

☒    (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:  mpatterson@pattersonassociateslaw.com

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *Yvonne S. Ross*
An employee of
Lewis Roca Rothgerber Christie LLP

126060657.1                                         - 4 -