**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**HAN G. LEE, ESQ.**
Nevada Bar No. 11407
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
hlee@sgroandroger.com
*Attorneys for Creditor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-S-23-13265-ABL |
| BRIAN SCIARA, | Chapter 7 |
| Debtor(s). | **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |

Anthony P. Sgro, Esq. and Han G. Lee, Esq. of the law firm SGRO & ROGER, appear as attorneys for Creditor SGRO & ROGER, and request that a copy of all notices to said creditor and other parties in interest in this case be sent to SGRO & ROGER at 2901 El Camino Ave., Suite 204, Las Vegas, Nevada 89102. The undersigned consents to service by email pursuant to Fed. Rules of Bankr. Proc. 7005 and Fed. Rules of Civ. Proc. 5(b)(2)(E) as applicable at the listed address.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

This is only a notice of appearance and request for notice.

**DATED** this 25th day of November, 2024

**SGRO & ROGER**

*/s/ Han G. Lee, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
HAN G. LEE, ESQ.
Nevada Bar No. 11407
2301 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
hlee@sgroandroger.com
*Attorneys for Creditor SGRO & ROGER*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served this 27th day of November 2024 by:

[x]      (Electronic Service) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's Facilities.

[ ]      (United States Mail) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, Las Vegas, to the parties listed on the attached Service List, at their last known mailing addresses on the date above written.

[ ]      (Overnight Courier) By depositing a true and correct copy of the above-referenced document for overnight delivery via a Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

[ ]      (Facsimile) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service lisrs, on the date written above.

| | |
|---|---|
| **PETER B. MORTENSON**<br>MORTENSON & RAFIE, LLP<br>10781 W. TWAIN AVE<br>LAS VEGAS, NV 89135<br>(702) 363-4190<br>Fax : 702-363-4107<br>Email: cmcorwin@nvlaw.us | **MARK W PATTERSON**<br>PATTERSON & ASSOCIATES, LTD.<br>8275 SOUTH EASTERN AVENUE<br>SUITE 200<br>LAS VEGAS, NV 89123<br>(702) 362-5650<br>Email: mpatterson@pattersonassociateslaw.com |
| **BRETT A. AXELROD**<br>**JEANETTE E. MCPHERSON**<br>FOX ROTHSCHILD LLP<br>1980 FESTIVAL PLAZA DRIVE STE 700<br>LAS VEGAS, NV 89135<br>(702) 262-6899<br>Fax : (702) 597-5503<br>Email: baxelrod@foxrothschild.com<br>     JMcPherson@FoxRothschild.com | |

*/s/ Christine Corpuz*
Employee of Sgro & Roger