Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 14, 2025

MARK W. PATTERSON, ESQ.
Nevada Bar No. 004022
PATTERSON & ASSOCIATES, LTD.
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-5650
Email: mpatterson@pattersonassociateslaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Hearing Date: November 27, 2024<br>Hearing Time: 9:30am |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES FOR SERVICES RENDERED BY PATTERSON & ASSOCIATES, LTD.**

The application of Patterson & Associates, Ltd, for approval of attorney's fees for services rendered on behalf of Debtor having been heard on the above referenced date and time before a United States Bankruptcy Judge and good cause appearing therefore; it is hereby

ORDERED that the Court's findings of fact and conclusions of law on the record are incorporated as if fully set forth herein; and it is further

ORDERED that Patterson & Associates Ltd.'s claim for compensation for attorney's fees is reduced by the amount of $5,000 for the reasons set forth in the record; and it is further

ORDERED that Patterson & Associates claim for compensation for attorney's fees is approved on a final basis in the amount of $39,905.00; and it is further

ORDERED that Patterson & Associates has previously received payment from Debtor in the amount of $22,200.00 for its pre-petition retainer fee and has an allowed Chapter 11 administrative expense claim in for the remaining balance of its claim in the amount of $17,705.00.

IT IS SO ORDERED.

Submitted by:

/s/ *Mark W. Patterson, Esq*.
Mark W. Patterson, Esq.
Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1)

___ No party having filed an objection to the motion

_x__I have delivered a copy of the proposed order to all counsel who appeared at the hearing, as each has approved the order, or failed to respond, as indicated below:

Jeanette McPherson, Esq.
Counsel for Shelley D. Krohn, Chapter 7 Trustee

| Approved | Disapproved | Failed to Respond |
|---|---|---|
| X | | |