Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email:  JMcPherson@FoxRothschild.com

*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT WITH PETER MORTENSON OF MORTENSON & RAFIE LLP** |

Shelley D. Krohn, Chapter 7 Trustee (the "Trustee"), by and through her counsel, Fox Rothschild LLP, hereby files this *Ex Parte Application For Order Shortening Time For Hearing* ("Application") on the *Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* (the "Settlement Motion").[1] This Application is made and based upon the following points and authorities, the Declaration of Jeanette E. McPherson in support hereof and attached as Exhibit A hereto, the Attorney Information Sheet filed concurrently herewith, and the pleadings and papers on file in the above-captioned Chapter 7 case, judicial notice of which is respectfully requested.

**I.   POINTS AND AUTHORITIES**

The Trustee, by this Application, pursuant to Fed.R.Bankr. P. 9006 and Rule 9006 of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada (the "Local Rules"), seeks an order shortening time for notice and hearing for the Motion.

**The Relief is Authorized by Rule 9006 and Meets Due Process Requirements.**

Bankruptcy Rules 9006(c)(1) and (d) authorize a court to reduce the time for a hearing,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Motion.

1                                                                                                                    180151800.1

and a party to file an *ex parte* motion to shorten the time for a hearing.  Bankruptcy Rule 9006(c)(1) provides in relevant part:

> In General.  Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c)(1).

Courts have generally acknowledged that such expedited relief does not violate due process rights, *even if the motion to shorten time is made ex parte*.  "Bankruptcy Rule 9006(c) permits the bankruptcy court 'for cause shown' in its discretion, with or without motion or notice, to reduce the notice period, and *ex parte* motions for material reductions in the notice period are routinely granted by bankruptcy courts."  Hester v. NCNB Texas Nat'l Bank (In re Hester), 899 F.2d 361, 364 n. 3 (5th Cir. 1990); see also 10 Collier on Bankruptcy, 9006.09 (16th ed. 2019 rev.); In re Gledhill, 76 F.3d 1070 (10th Cir. 1996).

Cause exists for the Court to shorten time on the Motion.  The Court has scheduled hearings on December 30, 2025 to issue oral rulings ("Oral Rulings") on the: 1) *Plaintiff's Motion To Compel And To Continue Discovery Deadline And Related Deadlines* ("Compel Motion") [Adv. ECF 36]*; and 2)  Motion To Alter Or Amend Interlocutory Order* ("Motion to Alter") [Adv. ECF 55].  The Oral Rulings will include the Court's determination of the amount of the reasonable attorney's fees and costs awarded in the *Order Granting Plaintiff's Motion To Compel And To Continue Discovery Deadline And Related Deadlines* ("Compel Order") [Adv. ECF 51]; and as requested in the *Plaintiff's Itemized Statement Of Attorney's Fees And Costs Pursuant to Order Granting Plaintiff's Motion To Compel To Continue Discovery And Related Deadlines* ("Statement") [Adv. No. 54], along with the supporting declaration of Jeanette E. McPherson [Adv. No. 56] ("McPherson Declaration"), and the *Reply to Defendant's Opposition to Plaintiff's Itemized Statement Of Attorney's Fees And Costs Pursuant to Order Granting Plaintiff's Motion To Compel To Continue Discovery And Related Deadlines and Request for Supplemental Fees* ("Trustee's Reply") [Adv. No. 66], along with the supporting declarations of Jeanette E. McPherson [Adv. No. 67] and Angela Hosey [Adv. No. 68] ("Supporting Declarations").  The Trustee is seeking a total sum of $17,905.00.  Pursuant to the Compel Order, both the Debtor, Brian Sebastian Sciara (the "Debtor") and

2

180151800.1

Debtor's counsel, Peter B. Mortenson, Esq. (the "Debtor's Counsel"), are "jointly and severally liable for payment of the Trustee's reasonable attorney's fees and costs incurred in making the Motion." The Settlement Motion seeks to approve a Settlement Agreement with Peter B. Mortenson, Esq., that sets forth the following terms:

3. **Terms**.  The terms of this Settlement Agreement are as follows:

a)  In consideration of the payment of Twelve Thousand Dollars ($12,000.00) by Mortenson, the Trustee agrees to accept said sum and, effective upon receipt, releases Mortenson from being jointly and severally liable for payment of the award of Trustee's reasonable attorney's fees and costs incurred in making the Motion to Compel and related filings, which award has yet to be determined in amount;

b)  The payment of $12,000.00 must be received by the Trustee within three (3) calendar days from the entry of the 9019 Order;

c)  This release applies solely to Mortenson; the Debtor, Brian Sebastian Sciara, is not released and shall remain responsible for the award of reasonable attorney's fees and costs awarded in the Compel Order and yet to be determined in amount by the Bankruptcy Court.

The Court's ruling on the Settlement Motion may affect the Court's Oral Ruling on the related to the award of reasonable attorney's fees and costs pursuant to the Compel Order and the Motion To Alter.   Accordingly, the Trustee is requesting that the Settlement Motion be heard on shortened time on December 30, 2025.

Copies of the Settlement Motion and related pleadings shall be served on the: (a) Debtor; (b) Debtor's Counsel; and (c) all interested parties.

**Counsel Has Conferred With the Notice Parties.**

Prior to filing this Application, and pursuant to Local Rule 9006, Counsel consulted the parties as shown on the Attorney Information Sheet For Proposed Order Shortening Time, filed concurrently herewith and incorporated by reference herein.

/ / /

/ / /

/ / /

/ / /

/ / /

3

180151800.1

## II.    CONCLUSION

WHEREFORE, for all of the foregoing reasons, the Trustee respectfully requests that the Court hear the Settlement Motion on an expedited basis on December 30, 2025, and grant such other and further relief as may be just and proper.

Dated:  December 11, 2025.          FOX ROTHSCHILD LLP


/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Attorneys for Plaintiff, Shelley D. Krohn, Trustee

4                                                                 180151800.1

**EXHIBIT A**

**DECLARATION AFFIRMING REQUESTED RELIEF**

I, Jeanette E. McPherson, declare under penalty of perjury that:  I am competent to make this declaration under the laws of the United States and the State of Nevada; I have read the above Application for an Order Shortening Time; and the facts stated therein are true and correct to the best of my knowledge, information, and belief.

DATED this 11th day of December, 2025.


By     */s/ Jeanette E. McPherson*
            Jeanette E. McPherson

180151800.1