Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email: JMcPherson@FoxRothschild.com
*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-13265-ABL |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT WITH PETER MORTENSON OF MORTENSON & RAFIE LLP** |

Shelley D. Krohn, Chapter 7 Trustee (the "Trustee"), by and through her counsel, Fox Rothschild LLP, has contacted the parties listed below concerning the *Ex Parte Application For Order Shortening Time For Hearing* ("Application") on the *Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* (the "Settlement Motion").[1] as indicated below:

| Contact Name | Date Contacted | Agree/Disagree/ No Response | Contact Method |
|---|---|---|---|
| Peter B. Mortenson, Esq. *Attorney for Debtor/Defendant* | 12/11/2025 | Agree | PMortenson@NVLaw.us |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, the Trustee anticipates that the time needed for a hearing on the Motion is approximately 10 minutes.

Dated: December 11, 2025.  FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson

Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Trustee*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Motion.

1                                                                              180161921.1