Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email:  JMcPherson@FoxRothschild.com

*Counsel for Shelley D. Krohn, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT WITH PETER MORTENSON OF MORTENSON & RAFIE LLP** |
| | Hearing Date:    December 30, 2025 |
| | Hearing Time:   1:30 p.m. |

PLEASE TAKE NOTICE that on the 17th day of December, 2025, the Court entered an

*Order Shortening Time To Hear Motion To Approve Settlement With Peter Mortenson Of*

*Mortenson & Rafie, LLP* [ECF No. 145], a copy of which is attached hereto.

Dated: December 17, 2025.

FOX ROTHSCHILD LLP


/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Trustee*

1                                                                                                        180161565.1



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 17, 2025

Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email: JMcPherson@FoxRothschild.com
*Counsel for Shelley D. Krohn, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT WITH PETER MORTENSON OF MORTENSON & RAFIE LLP** <br> REMOTE <br> Hearing Date: December 30, 2025 <br> Hearing Time: **1:30 pm** |

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* ("Application") filed by Shelley D. Krohn, Trustee ("Trustee"), seeking to shorten the time for hearing on the *Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* (the "Settlement Motion"),[1] and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that a hearing on the Motion will be held before the Honorable August B. Landis, United States Bankruptcy Judge in the

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Settlement Motion.

1                                                                          180161689.1

Foley Federal Building located at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on **December 30, 2025** at the hour of _____1:30 p_ **.m.** Any opposition(s) shall be filed and served on required notice parties by ___December 30,_____ **, 2025**, and any reply to such opposition(s) shall be filed and served on required notice parties by _____December 30_____ **, 2025**.

**NOTICE IS FURTHER GIVEN** that parties are permitted to appear by means of remote appearance via telephonic conference (Zoom), by dialing **833.435.1820** and entering meeting ID **161 110 6049** and entering access code or passcode **154251#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/, select the hearing judge, click on the "calendar date" to view the judge's dial-in number and meeting access codes.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained by accessing PACER through the Nevada United States Bankruptcy Court website at www.nvb.uscourts.gov, or by contacting Fox Rothschild LLP in writing by email: ahosey@foxrothschild.com, or by mail: Fox Rothschild LLP, Jeanette E. McPherson, Esq., 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135.

Respectfully Submitted by:

FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Trustee*

# # #

2                                                                              180161689.1