Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email:  JMcPherson@FoxRothschild.com

*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-13265-ABL |
|---|---|
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1.      I caused to be served a copy of the following documents:

        a.      *Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 141] ("Motion");

        b.      *Declaration Of Shelley D. Krohn In Support Of Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 142] ("Krohn Declaration");

        c.      *Ex Parte Application For Order Shortening Time To Hear Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 143] ("OST Application");

        e.      *Attorney Information Sheet For Proposed Order Shortening Time To Hear Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 144] ("AIS");

        f.      *Order Shortening Time To Hear Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 145] ("OST"); and

        g.      *Notice Of Entry Of Order Shortening Time To Hear Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP* [ECF 146] ("NOE").

/ / /

/ / /

/ / /

/ / /

/ / /

MAIN COS Re OST Re 9019 Motion (Mortenson)(180152171.1).doc
180152171.1

2.     I served the above-named document(s) by the following means to the persons as listed below:

☒     a.     **By ECF System (Motion, Krohn Declaration, OST Application, AIS on December 12, 2025 and OST and NOE on December 17, 2025):**

JENNIFER WILLIS ARLEDGE on behalf of Creditor Sgro & Roger
jarledge@hone.law, efile@sgroandroger.com

BRETT A. AXELROD on behalf of Trustee SHELLEY D KROHN
baxelrod@foxrothschild.com, pchlum@foxrothschild.com; ahosey@foxrothschild.com;
sglasco@foxrothschild.com; nv.dkt@foxrothschild.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Holdings, LLC
Robert.Charles@wbd-us.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor MiCamp Solutions, LLC
Robert.Charles@wbd-us.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

MICHAEL W. CHEN on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;
nvbkcourt@mccarthyholthus.com; mchen@mccarthyholthus.com

SHELLEY D KROHN  shelley@trusteekrohn.com, NV27@ecfcbis.com;
becca@trusteekrohn.com

HAN G. LEE on behalf of Creditor Sgro & Roger  hlee@sgroandroger.com

TIMOTHY A LUKAS on behalf of Creditor SPROUT FINANCIAL LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Creditor Stephen Campbell
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Plaintiff SPROUT FINANCIAL LLC
ecflukast@hollandhart.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 7, 7
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Plaintiff SHELLEY D. KROHN
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MAIN COS Re OST Re 9019 Motion (Mortenson)(180152171.1).doc
180152171.1

JEANETTE E. MCPHERSON on behalf of Trustee SHELLEY D KROHN
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

PETER B. MORTENSON on behalf of Debtor BRIAN SEBASTIAN SCIARA
pmortenson@nvlaw.us, pmortenson@nvlaw.us;drafie@nvlaw.us

PETER B. MORTENSON on behalf of Defendant BRIAN SEBASTIAN SCIARA
pmortenson@nvlaw.us, pmortenson@nvlaw.us;drafie@nvlaw.us

MARK W PATTERSON on behalf of Debtor BRIAN SEBASTIAN SCIARA
mpatterson@pattersonassociateslaw.com

U.S. TRUSTEE - LV - 7, 7 USTPRegion17.LV.ECF@usdoj.gov

☒   b.   **By United States First Class postage fully prepaid (Motion, Krohn Declaration, OST, and NOE on December 17, 2025):**

SEE ATTACHED MATRIX

☐   c.   **By United States Certified Mail postage fully prepaid**:

☐   d.   **By Personal Service**

☐   I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   e.   **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   f.   **By fax transmission**

Based upon the written agreement of the parties to accept service by fax

Page 3 of 4

transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐      g.      **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 17, 2025.

/s/ Angela Hosey
Angela Hosey

MAIN COS Re OST Re 9019 Motion (Mortenson)(180152171.1).doc
180152171.1

Label Matrix for local noticing
0978-2
Case 23-13265-abl
District of Nevada
Las Vegas
Fri Dec 12 16:53:12 PST 2025

MORTENSON AND RAFIE, LTD
8375 WEST FLAMINGO ROAD
SUITE #102
LAS VEGAS, NV 89147-4149

MiCamp Holdings, LLC
3993HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169-5996

MiCamp Solutions, LLC
3933 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89169

PATTERSON & ASSOCIATES, LTD.
8275 SOUTH EASTERN AVENUE
SUITE 200
LAS VEGAS, NV 89123-2545

SGRO & ROGER
2901 EL CAMINO AVE
SUITE 204
LAS VEGAS, NV 89102-4201

SPROUT FINANCIAL LLC
c/o Holland & Hart LLP
Attn: Timothy A. Lukas
5441 Kietzke Ln, Second Floor
Reno, NV 89511-2094

U.S. BANK NATIONAL ASSOCIATION
C/O MCCARTHY & HOLTHUS, LLP
9510 WEST SAHARA AVENUE
SUITE 200
LAS VEGAS, NV 89117-8804

U.S. TRUSTEE - LV - 7 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

AMERICAN EXPRESS
P.O. BOX 60189
CITY OF INDUSTRY, CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

Anna Grace Maxwell
2504 SW Triple J RD
Smithdale, MS 39664-7406

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

BEST EGG
P.O. BOX 42912
PHILADELPHIA, PA 19101-2912

Brandon Provini
181 s lewis st
#304
181 s lewis st
Orange, CA 92868-7906

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

ENENSTEIN PHAM & GLASS LLP
11920 Southern Highlands Parkway, Suite
LAS VEGAS, NV 89141
LAS VEGAS, NV 89141-3272

ENESTEIN PHAM & GLASS
11920 SOUTHERN HIGHLANDS PKWY
SUITE 103
LAS VEGAS, NV 89141-3273

ENESTEIN PHAM & GLASS
12121 WILSHIRE BOULEVARD
LOS ANGELES, CA 90025-1188

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanette E. McPHerson, Esq.
Fox Rothschild LLP
1980 Festival Plaza Drive, Ste 700
Las Vegas, NV 89135-2961

Jennifer Stephens
7146 Foggy Mist Ave
Las Vegas, NV 89179-1516

Kristen Ledesma
201 Callie Cir
Brunswick, GA 31523-6413

MICAMP HOLDINGS, LLC
C/O HOLLAND AND HART, LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134-0532

MICAMP SOLUTIONS, LLC
C/O HOLLAND AND HART, LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134-0532

MiCamp Solutions, LLC and MiCamp Holdings, L
c/o Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave. Suite 1300
Las Vegas, NV 89101-1046

PACK CPA
PO BOX 1878
BOX 1878
OVERTON, NV 89040-1878

PACK CPA
PO BOX 1878
OVERTON, NV 89040-1878

PENTAGON FEDERAL C.U.
2930 Eisenhower Avenue
Alexandria, VA 22314-4557

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SPROUT FINANCIAL LLC
c/o Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511-2094

SPROUT FINANCIAL, LLC
C/O HOLLAND AND HEART, LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134-0532

STEPHEN CAMPBELL
C/O HOLLAND AND HART, LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134-0532

STEPHEN CAMPBELL
C/O TIMOTHY A. LUKAS, ESQ.
HOLLAND & HART LLP
5441 KIETZKE LANE, SECOND FLOOR
RENO, NEVADA 89511-2094

Social Security Administration
Office of the General Counsel
Office of Program Litigation: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235-0001

TRAVIS PACK, C.P.A.
197 EAST CALIFORNIA AVENUE
SUITE 300
LAS VEGAS, NV 89104-1086

(p)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

U.S. SMALL BUSINESS ADMIN
14925 KINGSPORT ROAD
FORT WORTH, TX 76155-2243

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH, STE. 4300
LAS VEGAS, NV 89101-5803

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd South, Ste 1100
Las Vegas, NV 89101-6521

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101-5803

BRIAN SEBASTIAN SCIARA
712 PONT CHARTRAIN DR
LAS VEGAS, NV 89145-8629

DAVID HORWEDEL
EA OF TORCHLIGHT TAX AND FIN SOLUTIONS
9788 GILESPIE STREET
LAS VEGAS, NV 89183-7604

MARK W PATTERSON
PATTERSON & ASSOCIATES, LTD.
8275 SOUTH EASTERN AVENUE
SUITE 200
LAS VEGAS, NV 89123-2545

PETER B. MORTENSON
MORTENSON & RAFIE, LLP
10781 W. TWAIN AVE
LAS VEGAS, NV 89135-3025

SHELLEY D KROHN
PO Box 34690
LAS VEGAS, NV 89133-4690

Stephen Campbell
C/O Timothy A. Lukas
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511-2094

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank Home Mortgage
PO Box 790415
St. Louis, MO 63179-0415

(d)U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
2800 Tamarack Road
Owensboro, Kentucky 42301

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Sgro & Roger
2901 El Camino Ave, Suite 204
Las Vegas, NV 89102-4201

(d)U.S. BANK NATIONAL ASSOCIATION
c/o McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117-8804

(d)SGRO & ROGER
2901 EL CAMINO AVE
SUITE 204
LAS VEGAS, NV 89102-4201

End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55