_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
May 04, 2026

JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH PETER MORTENSON OF MORTENSON & RAFIE LLP** |
| | Date:  December 30, 2025<br>Time: 1:30 p.m. |

The Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP ("Motion") having  come before this Court on December 30, 2025; Plaintiff, Shelley Krohn, Trustee appearing by and through her counsel Jeanette E. McPherson, Esq. of Fox Rothschild LLP and Peter Mortenson, Esq. of Mortenson & Rafie LLP; Peter Mortenson, Esq. of Mortenson & Rafie LLP appearing on behalf of himself and Brian Sebastian Sciara; no other appearances having been made on the record; the Motion having been properly noticed and set for hearing; the Court having

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

1

180705975.1

reviewed the Motion and all documents relating to and supporting the Motion; the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing, it is hereby

**ORDERED** that the Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP is GRANTED.

Submitted by:

**FOX ROTHSCHILD LLP**

/s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

- Peter Mortenson, Esq. on behalf of himself and Brian Sebastian Sciara – Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

180705975.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

180705975.1